# United State Bankruptcy Court

Southern District of New York

**In re :**

Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC.

                              Debtor                 Bankruptcy Case 08-1789

**Irving H. Picard**
**Trustee for SIPA Liquidation**

                            **Plaintiff,**

                                  v.                 Adversary Proceeding 09-01154-brl

Vizcaya Partners Limited

                            **Defendants.**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Vizcaya Partners Limited

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: July 8, 2009                                 **Vito Genna,**
                                                           Clerk of the Bankruptcy Court

                                                    By: /s/Rosaly Y. C. Chou
                                                          Deputy Clerk