# United State Bankruptcy Court

Southern District of New York

**In re :**

Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC.

                    Debtor                 Bankruptcy Case 08-1789

**Irving H. Picard**
**Trustee for SIPA Liquidation**

                   **Plaintiff,**

                       **v.**                Adversary Proceeding   09-1154

Vizcaya Partners Limited
Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J Safra Limited
**Siam Capital Management, Asphalia Fund Limited,**
**Zeus Partners Limited**

                   **Defendants.**

## ENTRY OF DEFAULT

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law.

> Vizcaya Partners Limited, **Siam Capital Management, Asphalia Fund Limited, Zeus Partners Limited**

Therefore, default is entered against the defendants as authorized by Bankruptcy Rule 7055.

Dated: July 13, 2010                        **Vito Genna,**
                                                   Clerk of the Bankruptcy Court

                                            By:  /s/Rosaly Y. C. Chou
                                                    Deputy Clerk