# EXHIBIT A

## AGREEMENT

This Agreement, dated as of December 17, 2015, is made by and between Irving H. Picard, in his capacity as the trustee ("Trustee") for the liquidation proceedings under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated Chapter 7 case pending before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") of Bernard L. Madoff ("Madoff"), on the one hand, and Vizcaya Partners Limited ("Vizcaya"), Zeus Partners Limited ("Zeus"), Asphalia Fund Ltd. ("Asphalia"), Bank J. Safra Sarasin (Gibraltar) Ltd. f/k/a Banque Jacob Safra (Gibraltar) Ltd. and Bank J.  Safra (Gibraltar) Limited ("Safra Gibraltar"), Banque J. Safra Sarasin SA f/k/a  Banque J. Safra (Suisse) SA and Banque Jacob Safra (Suisse) SA ("Safra Suisse"), and Banque Pictet & Cie SA f/k/a Pictet et Cie ("Pictet," together with Vizcaya, Zeus, Asphalia, Safra Gibraltar, and Safra Suisse, the "Transferees"), on the other hand.  The Trustee and the Transferees collectively shall be referred to herein as the "Parties."

## BACKGROUND

A.      BLMIS and its predecessors were registered broker-dealers and members of the Securities Investor Protection Corporation ("SIPC").

B.      On December 11, 2008 (the "Filing Date"), the Securities and Exchange Commission (the "SEC") filed a complaint in the United States District Court for the Southern District of New York (the "District Court") against BLMIS and Madoff.

C.      On December 15, 2008, the District Court entered an order under SIPA, which, in pertinent part, appointed the Trustee for the liquidation of the business of BLMIS under section 5(b)(3) of SIPA and removed the case to the Bankruptcy Court under section 5(b)(4) of SIPA,

where it is pending as Case No. 08-01789 (SMB) (the "SIPA Proceeding"). The Trustee is duly qualified to serve and act on behalf of the BLMIS estate (the "BLMIS Estate"). By Order dated June 9, 2009 the estate of Madoff was substantively consolidated with the BLMIS Estate.

      D.      Vizcaya maintained an account with BLMIS through its custodian, Safra Gibraltar and, prior to March 2005, Vendome Capital Holding SA f/k/a Banque Safra-France SA ("Safra France"), designated account no. 1FR083 ("Account"), that was opened on or around December 21, 2001. In the six months prior to the Filing Date, Vizcaya, through Safra Gibraltar, withdrew from its Account approximately One Hundred Eighty Million United States Dollars ($180,000,000.00) (the "Transfers").

      E.      Vizcaya did not file a customer claim in the SIPA Proceeding.

      F.      On September 30, 2009, the Trustee filed an Amended Complaint ("Vizcaya Complaint") in an adversary proceeding captioned *Picard v. Vizcaya Partners Limited, et al.*, Adv. Pro. No. 09-1154 (SMB) (the "Vizcaya Adversary Proceeding"). In the Vizcaya Complaint, the Trustee asserted claims against Vizcaya, Zeus, Asphalia, and Safra Gibraltar to avoid and recover the Transfers under 11 U.S.C. §§ 544, 547, 548, 550, or 551, SIPA § 78fff-(2)(c)(3), and the New York Debtor and Creditor Law §§ 270-281.

      G.      On December 8, 2009, Safra Gibraltar filed an Answer to the Vizcaya Complaint.

      H.      On August 6, 2010, the Bankruptcy Court entered default judgment against Vizcaya, Asphalia, and Zeus (the "Default Judgments").

      I.      In July 2009, the Trustee filed a proceeding against, among others, Vizcaya, Zeus, Asphalia, and Safra Gibraltar in the Supreme Court of Gibraltar (the "Gibraltar Court"), SCA 2009 P 193 ("Gibraltar Proceeding A"), advancing claims seeking freezing orders, disclosures, and turnover of the accounts. The application was amended in February 2011 to add a claim

2

seeking enforcement of the Default Judgments. Vizcaya and Asphalia filed an application for summary judgment to dismiss the claim in December 2012. By an order dated June 19, 2013, the Gibraltar Court dismissed Vizcaya's summary judgment application, but granted Asphalia's application in part. Vizcaya subsequently appealed. The Gibraltar Court of Appeals held that the Trustee's claim to enforce the Default Judgment against Vizcaya should proceed to trial. Vizcaya requested leave to appeal the Court of Appeal's decision to the Privy Council ("Vizcaya Appeal"). Leave to appeal was granted to Vizcaya. Vizcaya's appeal remains pending before the Privy Council.

J.  In May and October 2009, the Gibraltar Court ordered that certain funds held in custody accounts at Safra Gibraltar for Zeus, Asphalia, and Vizcaya be placed in the custody of the Gibraltar Court (the "Gibraltar Funds").

K.  On November 23, 2010, the Bankruptcy Court vacated the Default Judgment as to Zeus, and ordered the Trustee to apply to the Gibraltar Court to transfer Zeus's portion of the Gibraltar Funds to the custody of the Bankruptcy Court ("Zeus Gibraltar Funds").

L.  On January 28, 2011, Zeus filed an Answer to the Vizcaya Complaint.

M.  On August 9, 2011, $61,071,128.04 of the Zeus Gibraltar Funds were deposited into the Bankruptcy Court Registry (the "Zeus Funds").

N.  In December 2010, the Trustee also filed a proceeding against, among others, Vizcaya, Zeus, Asphalia, and Safra Suisse in the Gibraltar Court, SCA 2010 P 408 ("Gibraltar Proceeding B"), advancing avoidance and constructive trust claims under Gibraltar law. On November 25, 2014, the Trustee filed a second action against Vizcaya and Asphalia in the Gibraltar Court, 2014 P No. 184 ("Gibraltar Proceeding C"). These actions have been largely stayed pending the outcome of Gibraltar Proceeding A.

3

O.      In October 2009, Vizcaya, Zeus and Asphalia filed a proceeding against the Trustee in the Gibraltar Court, SCA 2009 V 245 ("Gibraltar Proceeding D"), seeking that the Gibraltar Court determine entitlement to the Transfers.  On February 2, 2011 the Gibraltar Court stayed the action in Gibraltar Proceeding D in favor of U.S. jurisdiction, with leave to lift the stay pending the outcome of Gibraltar Proceeding A.

P.      On June 26, 2009, Safra Gibraltar filed a proceeding captioned *Bank J. Safra (Gibraltar) Limited v. Zeus, Asphalia and Others*, [2009 S174], to which the Trustee was named as a party, seeking the payment into court of the monies Safra Gibraltar held in accounts in the names of Zeus and Asphalia ("Gibraltar Proceeding E").

Q.      In October 2013, Safra Gibraltar filed a proceeding captioned *Bank J. Safra Sarasin (Gibraltar) Limited v. Faissal, Vizcaya, Asphalia & Trustee* [2013 B 200] ("Gibraltar Proceeding F") seeking, inter alia, declaratory relief as to Safra Gibraltar's rights of indemnity, lien and set off against Vizcaya's and Asphalia's portion of the Gibraltar Funds and to restrain the release of the said funds pending determination of the Vizcaya Adversary Proceeding or further order.

R.      In January 2009, Vizcaya filed a petition for judicial review captioned *Vizcaya v. Attorney General* [2009 Misc. 13] seeking judicial review against an earlier decision by the Financial Intelligence Unit of the Royal Gibraltar Police to issue an order freezing funds held in an account in the name of Vizcaya ("Gibraltar Proceeding G," together with Gibraltar Proceeding A, Gibraltar Proceeding B, Gibraltar Proceeding C, Gibraltar Proceeding D, Gibraltar Proceeding E, Gibraltar Proceeding F, and the Vizcaya Appeal, the "Gibraltar Proceedings").  Following the application, the Trustee was added to Gibraltar Proceeding G as the Second Interested Party.

4

S.     On May 7, 2012, an application was filed by Mr. Robert Faissal against Vizcaya demanding recognition and enforcement of a default judgment entered against Vizcaya by the Eastern Caribbean Supreme Court of the British Virgin Islands in the amount of $1,495,000.00 plus costs of $20,000 (the "Faissal Action"). In November 2012 the Gibraltar Court determined that the said BVI judgment was registrable and enforceable in Gibraltar.

T.     On September 12, 2012, the Trustee applied to intervene in the Faissal Action on the grounds that the monies claimed by Mr. Faissal were the same monies claimed by the Trustee and demanding, *inter alia*, that Mr. Faissal's claims against Vizcaya be determined concurrently with the Trustee's claims against Vizcaya. Applications by Mr. Faissal to enforce his judgment against the monies paid into court by Vizcaya and applications by the Trustee to stay enforcement have been stayed by agreement of the parties pending the determination of Gibraltar Proceeding A.

U.     On April 7, 2011, the Trustee filed a Complaint ("Safra Suisse Complaint") in an adversary proceeding captioned *Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA*, Adv. Pro. No. 11-01725 (SMB) (the "Safra Suisse Adversary Proceeding"). In the Safra Suisse Complaint, the Trustee asserted claims against Safra Suisse to recover, among other things, subsequent transfers made to Safra Suisse by Vizcaya, Zeus, Kingate Global Fund Ltd. ("Kingate"), Tremont Group Holdings, Inc. ("Tremont") and Ariel Fund Ltd. ("Ariel") under 11 U.S.C. §§ 547, 548, 550, or 551, and SIPA § 78fff-(2)(c)(3).

V.     On September 9, 2011, Safra Suisse filed an Answer to the Safra Suisse Complaint.

W.     On April 7, 2011, the Trustee filed a Complaint ("Pictet Complaint") in an adversary proceeding captioned *Picard v. Pictet et Cie, et al.*, Adv. Pro. No. 11-01724 (SMB)

5

(the "Pictet Adversary Proceeding"). In the Pictet Complaint, the Trustee asserted claims against Pictet to recover, among other things, subsequent transfers made to Pictet by Vizcaya and Asphalia under 11 U.S.C. §§ 547, 548, 550, or 551, and SIPA § 78fff-(2)(c)(3).

X.      On May 9, 2011, the Trustee filed a Complaint ("Safra New York Complaint") in an adversary proceeding captioned *Picard v. Safra National Bank of New York*, Adv. Pro. No. 11-1885 (SMB) (the "Safra New York Adversary Proceeding").  In the Safra New York Complaint, the Trustee asserted claims against Safra National Bank of New York ("SNBNY") to recover, among other things, subsequent transfers made to SNBNY by Fairfield Sentry, Fairfield Sigma (with Fairfield Sentry, the "Fairfield Funds"), Kingate and Kingate Euro Fund Ltd. (together with Kingate, the "Kingate Funds") under 11 U.S.C. §§ 544, 547, 548, 550, or 551, and SIPA § 78fff-(2)(c)(3).

Y.      On August 31, 2015, the Trustee stipulated to a dismissal without prejudice of the Safra New York Adversary Proceeding.

NOW, THEREFORE, in consideration of the foregoing, of the mutual covenants, promises, and undertakings set forth herein, and for good and valuable consideration, the mutual receipt and sufficiency of which are hereby acknowledged, the Parties agree:

1.      Payment to Trustee.  At the Closing (as defined in paragraph 9), in consideration of the release by the Trustee set forth herein, the Transferees shall pay or cause to be paid to the Trustee, from the Zeus Funds pursuant to the conveyances, assignments, endorsements, and transfers set forth in paragraph 9, the sum of Twenty-Four Million Nine Hundred Fifty Thousand United States Dollars ($24,950,000.00) (the "Settlement Payment") in full and final settlement and satisfaction of all of the Trustee's claims asserted in the Vizcaya Adversary Proceeding, the Gibraltar Proceedings, Safra Suisse Adversary Proceeding, the Pictet Adversary Proceeding and

6

the Safra New York Adversary Proceeding (collectively, the "Vizcaya Global Proceedings") and any other past, present, or future claims of every kind and nature whatsoever, whether known or unknown (as defined in paragraph 5), that the Trustee or the BLMIS Estate may have against the Transferees, including the Transferees' successors and/or assigns, affiliates, parents, subsidiaries, direct and indirect shareholders, directors, officers, employees, attorneys, advisers, agents, direct and indirect ex-shareholders, and the Transferees' direct and indirect subsequent transferees of any transfers as described in paragraph 3.

2.      No Further Claim for Vizcaya.  Notwithstanding the Settlement Payment, Vizcaya shall not be entitled to any distributions directly from the BLMIS Estate and shall not seek allowance of a customer claim or any other claim under section 502(h) of the Bankruptcy Code.

3.      Release by the Trustee.  In consideration for the terms herein, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 9), the Trustee, on behalf of himself, BLMIS, and its consolidated estates, shall release, acquit, and forever discharge the Transferees, SNBNY, Banque J. Safra Sarasin Luxembourg SA f/k/a Banque Safra Luxembourg SA ("Safra Luxembourg"), Safra France, (including their successors and/or assigns) and their (present or past) affiliates, parents, subsidiaries, direct and indirect shareholders, current and former partners, directors, officers, employees, attorneys, advisers, agents, direct and indirect ex-shareholders, and the Transferees' direct and indirect subsequent transferees of any transfers (in whole or in part), from BLMIS, Vizcaya, Zeus, Asphalia, the Fairfield Funds, the Kingate Funds, Tremont, Ariel, or any other fund or investment vehicle that invested directly or indirectly in BLMIS, from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of, and any, liability or damages

7

(including any allegation of, and any, duties, debts, reckonings, contracts, controversies,

agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind,

nature, or description, direct or indirect, in law, equity or arbitration, absolute or contingent, in

tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross

negligence, fraud, breach of fiduciary duty, or otherwise (including attorneys' fees, costs, or

disbursements), known or unknown (as defined in paragraph 5), that are, have been, could have

been, or might in the future be asserted by the Trustee, on behalf of himself, BLMIS, and its

consolidated estates, or based on, arising out of, or in any way related to BLMIS or Madoff,

including, without limitation, the Transfers and the claims against the Transferees and SNBNY

in the Vizcaya Global Proceedings and the Gibraltar Proceedings.

    (a)    For the avoidance of doubt, the release granted by the Trustee hereunder shall

extend to any direct or indirect shareholder of Vizcaya, Zeus, or Asphalia and beneficial

owners of shares in Vizcaya, Zeus, or Asphalia, to the extent that any such shareholder or

beneficial owner received transfers of money or of any other types of assets directly or

indirectly from Vizcaya, Zeus, and/or Asphalia.  In addition, the release granted by the

Trustee hereunder shall extend to any transfers made, directly or indirectly from Tremont,

Ariel, the Fairfield Funds, or Kingate, or any other fund or investment vehicle that

invested directly or indirectly in BLMIS, and received by: (i) Pictet, Safra Suisse, Safra

Gibraltar, SNBNY, or Safra Luxembourg; (ii) any direct or indirect and past or present

affiliate, parent or subsidiary of Pictet, Safra Suisse, Safra Gibraltar, Safra Luxembourg

or SNBNY; or (iii) any other person or entity through Pictet, Safra Suisse, Safra

Gibraltar, SNBNY, Safra Luxembourg, or their direct or indirect and past or present

affiliates, parents, or subsidiaries.  This release shall not be deemed to extend to any of

the following entities (nor will these entities be deemed beneficiaries of this Agreement): Tremont; Ariel; the Fairfield Funds or Kingate; and/or any of those funds' shareholders, directors, or service providers, except as provided herein (*e.g.* when such funds' shareholders, directors or service providers are covered by the releases contained in this Agreement).

(b)    Notwithstanding the foregoing release contained in paragraphs 3 and 3(a) (the "Trustee's Release"), the Trustee's Release shall not extend to any individuals or entities that are currently named as defendants in proceedings (other than the proceedings that are the subject of this Agreement) already brought by the Trustee (the "Other Defendants") in any U.S. or foreign court, as set forth in Schedule A hereto, other than the Transferees; nor shall the Trustee's release apply to any future avoidable and recoverable subsequent transfers, originating directly or indirectly from BLMIS, from the Other Defendants to any individuals or entities made on or after the date of this Agreement and while those Other Defendants remain defendants in the proceedings set forth in Schedule A.

4.    <u>Release by Transferees</u>.  In consideration for the terms herein, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 9), the Transferees hereby release, acquit, and forever discharge the Trustee and all his agents, representatives, attorneys, employees, and professionals, and BLMIS and its consolidated estate, from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of, and any, liability or damages (including any allegation of, and any, duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature or description, direct or indirect, in law, equity, or

9

arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on

strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise

(including attorneys' fees, costs or, disbursements), known or unknown (as defined in paragraph

5), existing as of the date of the Closing (as defined in paragraph 9) that are, have been, could

have been, or might in the future be asserted by the Transferees based on, arising out of, or in

any way related to BLMIS or Madoff, including, without limitation, the claims against the

Trustee in the Vizcaya Global Proceedings.

5.    Unknown Claims.    Unknown claims shall mean any released claims pursuant to

paragraph 3 or 4 of this Agreement, as defined herein, that the Parties do not know or suspect to

exist in their favor at the time of giving the release in this Agreement that if known by the

Parties, might have affected their settlement and release in this Agreement.    The Parties shall be

deemed to have waived, and by operation of the Bankruptcy Court's approval of this Agreement,

shall have expressly waived, the provisions, rights and benefits of California Civil Code § 1542,

(and any similar law, rule, or regulation), which provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
> WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT
> TO EXIST IN HIS OR HER FAVOR AT THE TIME OF
> EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM
> OR HER MUST HAVE MATERIALLY AFFECTED HIS OR
> HER SETTLEMENT WITH THE DEBTOR.

and any and all provisions, rights, and benefits conferred by any law of any state or territory of

the United States, or principle of common law or non-U.S. law, which is similar, comparable, or

equivalent to California Civil Code § 1542.

6.    Accord and Satisfaction:    The Trustee shall treat the foregoing as full accord and

satisfaction in connection with the Default Judgments, and explicitly refrains from raising a

claim to enforce under New York or any other law and/or attach any recovery claimed by the

Transferees or releasees specified in paragraph 3 through the Department of Justice Madoff Victim Fund, the Shapiro-Hill Class Settlement Fund and/or any other fund related to the Madoff scandal, whether now in existence of hereinafter being created. The Trustee also waives any right to, and will not seek, any amounts recovered in the liquidations of the Fairfield Funds, the Kingate Funds or any other fund or investment vehicle that invested directly or indirectly in BLMIS from SNBNY, Safra Luxembourg or any of the Transferees, including Safra Gibraltar, Safra Suisse or any of their affiliates, parents or subsidiaries.

7.    Court Approval; Termination. The settlement set for in this Agreement is subject to the Bankruptcy Court's approval of this Agreement by an order (an "Approval Order"). The Trustee shall use his reasonable efforts to obtain an Approval Order of the Agreement in the SIPA Proceeding as promptly as practicable after the date of this Agreement. The form of the Approval Order shall be subject to the reasonable approval of the Parties. The Trustee's application to the Bankruptcy Court for an Approval Order shall include an application and proposed order releasing the Zeus Funds on the Closing to: (i) the Trustee in satisfaction of the Settlement Amount as provided in Section 9 below; and (ii) the remaining balance of the Zeus Funds to Zeus's account at Safra Gibraltar. If this Agreement has not become effective as provided in this paragraph within 60 days after the date of this Agreement (or within such additional time as mutually agreed upon by the Parties), then (a) this Agreement (other than this paragraph) shall terminate and be void; (b) all of the statements, concessions, consents, and agreements contained in the Agreement (other than this paragraph) shall be void; and (c) neither the Trustee nor the Transferees may use or rely on any such statement, concession, consent, or agreement in any public statement or litigation involving the SIPA Proceeding, in the respective Gibraltar Proceedings, the Vizcaya Global Proceedings, the Faissal Action, the Safra New York

11

Adversary Proceeding, the Safra Suisse Adversary Proceeding, the Pictet Adversary Proceeding or any case or proceeding relating to Vizcaya, Zeus, Asphalia, the Fairfield Funds, Tremont, Kingate, Ariel, BLMIS, or Madoff.

8.    Effective Date.  The effective date ("Effective Date") of the Settlement shall be the date when the Bankruptcy Court enters an Approval Order in the SIPA Proceeding that is no longer subject to appeal, review, or rehearing, except that for the purpose of clarity, if no objections are filed, the Effective Date shall be the date of the Bankruptcy Court's Approval Order.

9.    Closing.  There shall be a closing ("Closing") within five business days after the Effective Date of this Agreement.  At the Closing simultaneously:

>   (a)    The Settlement Payment shall be made to the Trustee in the sum of Twenty-Four Million Nine Hundred Fifty Thousand United States Dollars ($24,950,000.00) from the Zeus Funds.  The Settlement Payment is subject to the Trustee providing appropriate instructions and documentation for the Transferees to make such payment, and the release of a sufficient amount of the Zeus Funds to make such payment.  Upon payment of the Settlement Payment, (i) the Transferees and/or other releasees set forth in paragraph 3 shall have no responsibility for any other costs, including any attorneys' fees and expenses or any taxes or tax-related costs relating to the Settlement Payment; and (ii) the Trustee will waive any objection to the full release of the balances left in the Bankruptcy Court and the Gibraltar Court and will have no say over the distribution of those remaining balances which will be determined outside the scope of this Agreement.

>   (b)    The releases contained in paragraphs 3 and 4 shall become effective without any further action by any of the Parties;

12

(c)     The Trustee shall submit to the Bankruptcy Court an order releasing the Zeus Funds as provided herein and a stipulation requesting the dismissal of the Vizcaya Adversary Proceeding, Safra Suisse Adversary Proceeding, and Pictet Adversary Proceeding, with prejudice, as against the Transferees, with each party bearing its own costs, attorneys' fees, and expenses; and

(d)     The Parties shall file documents with the Gibraltar Court seeking the dismissal of the Gibraltar Proceedings (save for Gibraltar Proceeding F which Safra Gibraltar will only discontinue against the Trustee with no order as to costs and will not discontinue against the other parties until its rights of lien and set-off against Vizcaya's portion of the Gibraltar Funds and/or the proceeds of the same have been satisfied in full), with each party bearing their own costs, attorneys' fees, and expenses, and the lifting of all freeze orders on the Gibraltar Funds in a form and manner agreed upon by the Parties.  All Gibraltar Funds released by the Gibraltar Court shall be transferred to an escrow account at Safra Gibraltar London Branch to be identified in the aforesaid orders submitted to the Gibraltar Court, except that (i) $1,350,000.00 of Asphalia's portion of the Gibraltar Funds will be directly transferred to an account to be identified by Asphalia and (ii) Zeus's portion of the Gibraltar Funds in the custody of the Gibraltar Court will be directly transferred to an account to be identified by Zeus.

10.     <u>Transferees' and Trustee's Authority</u>.  Transferees represent and warrant to the Trustee that, as of the date hereof, each of them has the full power, authority, and legal right to execute and deliver, and to perform their respective obligations under this Agreement and have taken all necessary action to authorize the execution, delivery, and performance of their respective

13

obligations under this Agreement. The Trustee represents and warrants to Transferees that, as of the date hereof, and subject to the approval of the Bankruptcy Court as set forth in paragraph 8 above, he has the full power, authority, and legal right to execute and deliver, and to perform his obligations under this Agreement and has taken all necessary action to authorize the execution, delivery, and performance of his respective obligations under this Agreement.

11.    <u>Business Days</u>. For purposes of this Agreement the term "business days" shall mean any day other than Saturday, Sunday, or a day that is a legal holiday in New York City.

12.    <u>Further Assurances</u>. The Parties shall execute and deliver any document or instrument reasonably requested by the other Party after the date of this Agreement to effectuate the intent of this Agreement.

13.    <u>Entire Agreement</u>. This Agreement constitutes the entire agreement and understanding between the Trustee and Transferees and supersedes any and all prior agreements, representations, and understandings of the Parties concerning the subject matter hereof.

14.    <u>No Admission</u>. This Agreement and all negotiations, statements, and proceedings in connection therewith are not, will not be argued to be, and will not be deemed to be a presumption, concession, or admission by any Party of any fault, liability, or wrongdoing whatsoever. This Agreement and any matter relating thereto may not be offered or received in evidence or otherwise referred to in any civil, criminal, or administrative action or proceeding as evidence of any fault, liability, or wrongdoing whatsoever.

15.    <u>Amendments; Waiver</u>. This Agreement may not be terminated, amended, or modified in any way except in a writing signed by all of the Parties. No waiver of any provision of this Agreement shall be deemed to constitute a waiver of any other provision hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

14

16.    Assignability.  No Party hereto may assign its rights under this Agreement without the prior written consent of each of the other Parties hereto.

17.    Successors Bound.  This Agreement shall be binding upon and inure to the benefit of each of the Parties and their respective successors and permitted assigns.

18.    Third-Party Beneficiary.  Except as expressly provided in paragraphs 3, 4, 5 and 6, the Parties do not intend to confer any benefit by or under this Agreement upon any person or entity other than the Parties hereto and their respective successors and permitted assigns.  For the avoidance of doubt, all of the releasees set forth in paragraphs 3 and 4, including without limitation all direct and indirect subsequent transferees of the Transfers (in whole or in part) and all direct and indirect (and legal or beneficial) shareholders of the Transferees to the extent that any such shareholders received, directly or indirectly, transfers of money from Vizcaya, Asphalia, Zeus, or any other fund or investment vehicle that invested directly or indirectly in BLMIS, shall be third party beneficiaries hereof.

19.    Applicable Law.  This Agreement shall be construed and enforced in accordance with the laws of the State of New York, without regard to its conflict of law provisions.

20     Exclusive Jurisdiction. The Parties agree that the Bankruptcy Court shall have exclusive jurisdiction over any and all disputes between or among the Parties, whether in law or equity, arising out of this Agreement, or any provision thereof, and the Parties hereby consent to and submit to the jurisdiction of the Bankruptcy Court for any such action.  In the event the BLMIS proceeding is closed by a final decree and not reopened, the Parties agree that any dispute arising out of this Agreement may be brought in the United States District Court for the Southern District of New York or the Supreme Court of the State of New York in New York County.  For the avoidance of doubt, none of the Transferees is submitting to jurisdiction to any court

15

(including any Bankruptcy Court or the United States District Court for the Southern District of New York or the Supreme Court of the State of New York in New York County) anywhere in the United States pursuant to the terms hereof, with the limited exception relating to disputes arising out of this Agreement or any provision hereof.

21    <u>Captions and Rules of Construction</u>.  The captions in this Agreement are inserted only as a matter of convenience and for reference and do not define, limit, or describe the scope of this Agreement or the scope or content of any of its provisions.  Any reference in this Agreement to a paragraph is to a paragraph of this Agreement.  "Includes" and "including" are not intended to be limiting.

22.    <u>Counterparts; Electronic Copy of Signatures</u>.  This Agreement may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document.  The Parties may evidence their execution of this Agreement by delivery to the other Parties of scanned or faxed copies of their signatures, with the same effect as the delivery of an original signature.

23.    <u>Negotiated Agreement</u>.  This Agreement has been fully negotiated by the Parties.  Each Party acknowledges and agrees that this Agreement has been drafted jointly, and the rule that ambiguities in an agreement or contract may be construed against the drafter shall not apply in the construction or interpretation of this Agreement.

24.    <u>Severability</u>.  In the event that any term or provision of this Agreement or any application thereof is deemed to be invalid or unenforceable, the remainder of this Agreement and any other application of such term or provision shall not be affected thereby.

16

25.    <u>Notices</u>.  Any notices under this Agreement shall be in writing, shall be effective when received and may be delivered only by hand, by overnight delivery service, by fax, or by electronic transmission to:

If to the Trustee:

Irving H. Picard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Email: ipicard@bakerlaw.com


with copies to:

Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
F: (212) 589-4201

If to Vizcaya, c/o:

Anthony L. Paccione
Email: anthony.paccione@kattenlaw.com
KattenMuchinRosenman LLP
575 Madison Avenue
New York, New York 10022
F: (212) 940-8776

If to Zeus, c/o:

Anthony L. Paccione
Email: anthony.paccione@kattenlaw.com
KattenMuchinRosenman LLP
575 Madison Avenue
New York, New York 10022
F: (212) 940-8776

If to Asphalia, c/o:

Anthony L. Paccione
Email: anthony.paccione@kattenlaw.com
KattenMuchinRosenman LLP
575 Madison Avenue
New York, New York 10022
F: (212) 940-8776

If to Safra Gibraltar, c/o:

Jeffrey T. Scott
Email: scottj@sullcrom.com
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
F: (212) 558-3588

If to Safra Suisse, c/o:

Jeffrey T. Scott
Email: scottj@sullcrom.com
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
F: (212) 558-3588

If to Pictet, c/o:

Joseph P. Moodhe
Email: jpmoodhe@debevoise.com
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
F: (212) 909-6836

[*Signature pages follow*]

19

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

BANK J. SAFRA SARASIN
(GIBRALTAR) LTD.

_____
Irving H. Picard

By: _____
    Name:
    Title:

**VIZCAYA PARTNERS LIMITED**

**BANQUE J. SAFRA SARASIN SA**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**ZEUS PARTNERS LIMITED**

**BANQUE PICTET & CIE SA**

By: _____
    Name:
    Title:

By: _____
    Name: Antoine SALAMOLARD
    Title: Senior Vice-President

**ASPHALIA FUND LTD.**

Group General Counsel
George Pictet

By: _____
    Name:
    Title:

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be

executed as of the date set forth above.

BANK J. SAFRA SARASIN
(GIBRALTAR) LTD.

By: _____
    Name:
    Title:

_____
    Irving H. Picard

**VIZCAYA PARTNERS LIMITED**

**BANQUE J. SAFRA SARASIN SA**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**ZEUS PARTNERS LIMITED**

**BANQUE PICTET & CIE SA**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**ASPHALIA FUND LTD.**

By: _____
    Name:
    Title:

**IN WITNESS WHEREOF,** the Parties hereto have caused this Agreement to be

executed as of the date set forth above.

 

**BANK J. SAFRA SARASIN
(GIBRALTAR) LTD.**

By: _Jeffrey T Scott /aps_
   Name: Jeffrey T. Scott
   Title:

_____
   Irving H. Picard

**VIZCAYA PARTNERS LIMITED**

**BANQUE J. SAFRA SARASIN SA**

By: _____
   Name:
   Title:

By: _Jeffrey T Scott /aps_
   Name: Jeffrey T. Scott
   Title:

**ZEUS PARTNERS LIMITED**

**BANQUE PICTET & CIE SA**

By: _____
   Name:
   Title:

By: _____
   Name:
   Title:

**ASPHALIA FUND LTD.**

By: _____
   Name:
   Title:

20

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

BANK J. SAFRA SARASIN
(GIBRALTAR) LTD.

By: _____
    Name:
    Title:

_____
    Irving H. Picard

**VIZCAYA PARTNERS LIMITED**

**BANQUE J. SAFRA SARASIN SA**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**ZEUS PARTNERS LIMITED**

**BANQUE PICTET & CIE SA**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**ASPHALIA FUND LIMITED**

By: _____
    Name:
    Title:

18

|  | Schedule A | |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04322 | Picard v. | Wiener, et al. |
| 10-04323 | Picard v. | Sondra M. Wiener Trust, et al. |
| 10-04293 | Picard v. | Dr. Marvin Wiener |
| 10-04329 | Picard v. | Schaum & Wiener Profit Sharing Plan |
| 10-04317 | Picard v. | West |
| 10-04310 | Picard v. | Marion Madoff |
| 10-04318 | Picard v. | Ronald P. Guritzky |
| 10-04316 | Picard v. | Dana Guritzky |
| 10-04315 | Picard v. | Brandi Hurwitz |
| 10-04319 | Picard v. | Allan Hurwitz |
| 10-04326 | Picard v. | Michael Hurwitz |
| 10-04321 | Picard v. | Herbert Barbanel, et al. |
| 10-04305 | Picard v. | DAVID SHAPIRO,, et al. |
| 10-04328 | Picard v. | David Shapiro Nominee |
| 10-04325 | Picard v. | David Shapiro Nominee #2 |
| 10-04314 | Picard v. | David Shapiro Nominee Nominee #3 |
| 10-04324 | Picard v. | Barbara Roth, et al. |
| 10-04215 | Picard v. | Bongiorno, et al. |
| 10-04300 | Picard v. | Ervolino |
| 10-04214 | Picard v. | Bonventre, et al. |
| 10-04213 | Picard v. | Contellessa-Pitz, et al. |
| 10-04216 | Picard v. | Crupi, et al. |
| 10-04218 | Picard v. | Lipkin, et al. |
| 10-04311 | Picard v. | Andrew H. Cohen |
| 10-04312 | Picard v. | Edward T. Coughlin, et al. |
| 10-04303 | Picard v. | Kenneth Robert Cutroneo, et al. |
| 10-05267 | Picard v. | Flax, et al. |
| 10-04294 | Picard v. | David T. Washburn |
| 10-04291 | Picard v. | Sylvia Joel, Indiv, as Trustee for Article Third Trust, etc., et al. |
| 10-04299 | Picard v. | Amy Joel Burger |
| 10-04295 | Picard v. | Alyse Joel Klufer |
| 10-04297 | Picard v. | Samuels, et al. |
| 10-04217 | Picard v. | Kugel |
| 10-04272 | Picard v. | Jerome O'Hara, et al. |
| 10-04296 | Picard v. | Jeffrey Shankman |
| 10-04301 | Picard v. | Frieda Bloom |
| 10-04290 | Picard v. | Michael Frenchman, et al. |

|  | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04289 | Picard v. | John Fujiwara, et al. |
| 10-04307 | Picard v. | Howard Solomon |
| 10-04304 | Picard v. | Elinor Solomon |
| 10-04306 | Picard v. | Angela Tiletnick |
| 10-05377 | Picard v. | Richard G. Eaton |
| 10-04372 | Picard v. | Estate of Helene Abraham, et al. |
| 10-05102 | Picard v. | Robert A. Benjamin, et al. |
| 10-05442 | Picard v. | Halina Bitensky |
| 10-05443 | Picard v. | Brad Wechsler |
| 10-04931 | Picard v. | Cantor, et al. |
| 10-04440 | Picard v. | Regina Fisher, et al. |
| 10-04685 | Picard v. | Paul L. Flicker Trust, et al. |
| 10-04724 | Picard v. | P. Charles Gabriele |
| 10-04545 | Picard v. | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child |
| 10-04459 | Picard v. | Dawn Pascucci Barnard, et al. |
| 10-04670 | Picard v. | Robert F. Gold |
| 10-04525 | Picard v. | Susan Schemen Fradin Revocable Agreement of Trust, et al. |
| 10-04570 | Picard v. | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. |
| 10-05277 | Picard v. | Paul Allen |
| 10-04652 | Picard v. | Bridgeview Abstract, Inc., et al. |
| 10-05390 | Picard v. | 1096-1100 River Road Associates, LLC et al |
| 10-04640 | Picard v. | Collingwood Group, et al. |
| 10-04423 | Picard v. | Joel Busel Revocable Trust, et al. |
| 10-04347 | Picard v. | Blue Star Investors LLC, et al. |
| 10-04371 | Picard v. | Cohen Pooled Asset Account, et al. |
| 10-04438 | Picard v. | Estate of Seymour Epstein, et al. |
| 10-04970 | Picard v. | Philip Datlof |
| 10-05393 | Picard v. | Francis G. Rea, individually, etc., et al. |
| 10-04667 | Picard v. | David Gross, et al. |
| 10-04575 | Picard v. | Boslow Family Limited Partnership, et al. |
| 10-04562 | Picard v. | Robert F. Ferber |
| 10-04491 | Picard v. | Elaine Dine Living Trust dated 5/12/06, et al. |
| 10-05327 | Picard v. | David Wingate |
| 10-04332 | Picard v. | Barry Weisfield |
| 10-04639 | Picard v. | G.R.A.M. Limited Partnership, et al. |
| 10-04953 | Picard v. | Flinn Investments, LLC, et al. |
| 10-04433 | Picard v. | Calesa Associates L.P., et al. |

|  | | Schedule A |
| --- | --- | --- |
| Case Number | Case Name | Domestic Proceedings |
| 10-05066 | Picard v. | Love & Quiches LTD. 401(k) Savings Plan and Its Related Trust, et al. |
| 10-04456 | Picard v. | Stein |
| 10-04496 | Picard v. | Sumner Feldberg LP II, et al. |
| 10-04413 | Picard v. | Dale E. Leff, et al. |
| 10-04483 | Picard v. | Leslie Aufzien Levine, et al. |
| 10-04460 | Picard v. | Lexus Worldwide Limited, et al. |
| 10-04776 | Picard v. | Marcia A. Meyer |
| 10-05166 | Picard v. | Allyn Levy Revocable Trust, etc., et al. |
| 10-04445 | Picard v. | Muus Independence Fund LP, et al. |
| 10-05401 | Picard v. | Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. |
| 10-05209 | Picard v. | Lapin Children LLC |
| 10-04492 | Picard v. | Stuart Leventhal 2001 Irrevocable Trust, et al. |
| 10-04657 | Picard v. | Kase-Glass Fund, et al. |
| 10-04478 | Picard v. | Estate of Leonard M. Heine Jr., , et al. |
| 10-04974 | Picard v. | Keystone Electronics Corp. Employee Profit Sharing Trust, et al. |
| 10-04968 | Picard v. | Linda S. Waldman |
| 10-04390 | Picard v. | Michael Mann, et al. |
| 10-04851 | Picard v. | Joseph B. Hartmeyer, et al. |
| 10-04566 | Picard v. | Milton Davis Non Exempt Marital Trust U/A 12/13/84, et al. |
| 10-04426 | Picard v. | Irving Charno, et al. |
| 10-04524 | Picard v. | Marc Jay Katzenberg, individually and in his capacity as a Joint Tena |
| 10-05370 | Picard v. | Paul L. Loeb Living Trust, et al. |
| 10-04682 | Picard v. | James M Garten |
| 10-04387 | Picard v. | James Lowrey, individually and in his capacity as joint tenant, et al |
| 10-04937 | Picard v. | Iron Reserves Limited |
| 10-04876 | Picard v. | Marie S. Rautenberg |
| 10-04978 | Picard v. | Estate of Ira S. Rosenberg, et al. |
| 10-04920 | Picard v. | Glenhaven Limited, et al. |
| 10-05029 | Picard v. | Judith Haber |
| 10-05032 | Picard v. | Marvin Kirsten, et al. |
| 10-04626 | Picard v. | Stanley Kreitman |
| 10-05024 | Picard v. | Hope W. Levene |
| 10-04749 | Picard v. | Philip F. Palmedo |
| 10-04410 | Picard v. | Lemtag Associates LLLP, et al. |
| 10-04495 | Picard v. | Carl Glick |
| 10-04971 | Picard v. | Estate of Richard M. Stark, et al. |
| 10-04939 | Picard v. | J.D. O'Neill Partnership, Ltd, et al. |

|  | | |
|---|---|---|
| | **Schedule A** | |

| Case Number | Case Name | Domestic Proceedings |
|---|---|---|
| 10-04334 | Picard v. | JRAG, LLC, et al. |
| 10-04345 | Picard v. | The 1995 Jack Parker Descendant Trust No. 1, et al. |
| 10-04494 | Picard v. | Sharon A. Raddock |
| 10-05072 | Picard v. | Harvey E. Rothenberg Rev Trust UAD 7/24/02, et al. |
| 10-04521 | Picard v. | Rubin Family Investments Partnership, et al. |
| 10-04886 | Picard v. | M. Harvey Rubin Trust of 11/11/92, et al. |
| 10-04396 | Picard v. | Edith A. Schur |
| 10-05374 | Picard v. | Weiner Investments, L.P, et al. |
| 10-04558 | Picard v. | Donald J. Weiss |
| 10-04446 | Picard v. | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10-04887 | Picard v. | Joseph E. Plastaras |
| 10-04511 | Picard v. | Weithorn/Casper Associates for Selected Holdings, LLC |
| 10-04966 | Picard v. | Onesco International, LTD, et al. |
| 10-04650 | Picard v. | Stanley R. Rawn Jr 5/04 Grat, et al. |
| 10-05289 | Picard v. | RIP Investments, LP, et al. |
| 10-04431 | Picard v. | Agas Company L.P, et al. |
| 10-05090 | Picard v. | Eugenia G. Vogel, et al. |
| 10-04435 | Picard v. | Prospect Capital Partners, et al. |
| 10-04662 | Picard v. | Lexington Capital Partners, L.P, et al. |
| 10-04790 | Picard v. | Lila S. Raskin Trustee Under A Self Declaration of Trust DTD 8/20/96, |
| 10-04653 | Picard v. | Elizabeth Jane Rand |
| 10-04765 | Picard v. | Donald Snyder |
| 10-04696 | Picard v. | Irwin R. Weindling |
| 10-04885 | Picard v. | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al. |
| 10-05205 | Picard v. | Ad-In-Partners Ltd., et al |
| 10-04656 | Picard v. | William L. Sweidel, et al. |
| 10-04708 | Picard v. | Woodland Partners, L.P., et al. |
| 10-04517 | Picard v. | Radcliff Investments Limited, et al. |
| 10-04753 | Picard v. | Carla Ginsburg |
| 10-04733 | Picard v. | J.Z. Personal Trust, et al. |
| 10-04665 | Picard v. | Pompart LLC, et al. |
| 10-05096 | Picard v. | Harry Schick |
| 10-04646 | Picard v. | Marc B. Wolpow, et al. |
| 10-04241 | Picard v. | The M&B Weiss Family, etc., et al |
| 10-04526 | Picard v. | G.S. Schwartz & CO., INC, et al. |
| 10-04739 | Picard v. | Stuart Seiden, et al. |
| 10-04576 | Picard v. | Norton A. Eisenberg |

|  |  | **Schedule A** |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04944 | Picard v. | Pergament Equities, et al. |
| 10-05194 | Picard v. | Bruce D. Pergament, et al |
| 10-04383 | Picard v. | Ralph Fine, et al. |
| 10-04378 | Picard v. | DOS BFS Family Partnership II, L.P, et al. |
| 10-04355 | Picard v. | Fred A. Daibes Madoff Securities Trust , et al. |
| 10-04359 | Picard v. | Fab Industries, Inc., et al. |
| 10-04388 | Picard v. | Estate of Robert Rimsky, Rimsky Family Limited Partnership, et al. |
| 10-05385 | Picard v. | The Arthur and Rochelle Belfer Foundation, Inc., et al. |
| 10-04479 | Picard v. | Bernard Greenman Marital Deduction Trust, et al. |
| 10-04565 | Picard v. | The Murray & Irene Pergament Foundation, Inc, et al. |
| 10-05444 | Picard v. | The Leeds Partnership, et al. |
| 10-04542 | Picard v. | Jack Parker Foundation, Inc, et al. |
| 10-04996 | Picard v. | CRS Revocable Trust, et al. |
| 10-05397 | Picard v. | OAKDALE FOUNDATION INC., et al. |
| 10-04508 | Picard v. | Nancy Ellen Weisser |
| 10-04741 | Picard v. | William M. Woessner Family Trust |
| 10-05396 | Picard v. | Epstein Family Trust uwo Diana Epstein, et al. |
| 10-04527 | Picard v. | Freda Epstein Revocable Trust, et al. |
| 10-05301 | Picard v. | Jay Gaines & Co., Inc. Profit Sharing Plan, et al. |
| 10-04935 | Picard v. | Marja Lee Engler, as trustee of the Mendel J. Engler Revocable Trust |
| 10-05394 | Picard v. | Glantz |
| 10-05285 | Picard v. | Joan L. Fisher, both in her indvdl cap, etc., et al. |
| 10-04635 | Picard v. | Hillary Jenner Ghertler, executrix of Estate of Monte Ghertler, et al |
| 10-05283 | Picard v. | The Estate of Gladys C. Luria, et al. |
| 10-05040 | Picard v. | The Estate of Helene B. Sachs, et al. |
| 10-05387 | Picard v. | Myra Davis Trust dated 11/11/98, et al. |
| 10-04480 | Picard v. | Pati H. Gerber 1997 Trust, et al. |
| 10-04634 | Picard v. | Brian H. Gerber |
| 10-05033 | Picard v. | Daryl Gerber Stokols, et al. |
| 10-04486 | Picard v. | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date |
| 10-05404 | Picard v. | HHI Investment Trust #2, et al. |
| 10-04367 | Picard v. | Benjamin T. Heller |
| 10-04393 | Picard v. | Isaac Blech |
| 10-05087 | Picard v. | Steven J. Lifton |
| 10-04829 | Picard v. | The Judie Lifton 1996 Revocable Trust Dated September 5, 1996 |
| 10-05131 | Picard v. | Bikal L.L.C., et al. |
| 10-05399 | Picard v. | Martin Lifton |

|  | | Schedule A |
| --- | --- | --- |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05314 | Picard v. | Nathaniel Gold, individually, etc, et al. |
| 10-04786 | Picard v. | Edwin Michalove |
| 10-05041 | Picard v. | Marilyn Turk Revocable Trust, et al. |
| 10-04560 | Picard v. | Richard E. Feldman |
| 10-04349 | Picard v. | Pauline B. Feldman |
| 10-05372 | Picard v. | O.D.D. Investment, L.P, et al. |
| 10-04472 | Picard v. | Daniel N. Silna, et al. |
| 10-04470 | Picard v. | The Silna Family Inter Vivos Trust, et al. |
| 10-04984 | Picard v. | Arline F. Silna Altman |
| 10-05116 | Picard v. | Leonard J. Oguss Trust, et al. |
| 10-04282 | Picard v. | Joel Levey |
| 10-04894 | Picard v. | Aaron D. Levey Revocable Living Trust, et al. |
| 10-05441 | Picard v. | Aaron D. Levey Revocable Living Trust, Joel Levey, as trustee , et al |
| 10-04792 | Picard v. | Kenneth H. Landis |
| 10-04957 | Picard v. | Gloria Landis, et al. |
| 10-04618 | Picard v. | Melvin Marder, et al. |
| 10-04450 | Picard v. | Hinte |
| 10-05279 | Picard v. | Magnify Inc., et al. |
| 10-04336 | Picard v. | Estate of Doris Igoin, et al. |
| 10-04842 | Picard v. | Carmen Dell"Orefice |
| 10-05421 | Picard v. | Avellino & Bienes |
| 10-04597 | Picard v. | Samuel Beaser Amended & Restated Trust U/A/D January 30, 2004, et al. |
| 10-05086 | Picard v. | Beaser Investment Company LP, et al. |
| 10-05036 | Picard v. | Elinor Friedman Felcher |
| 10-05395 | Picard v. | Friedman, et al. |
| 10-04950 | Picard v. | Kostin Company, et al. |
| 10-04980 | Picard v. | Judith E. Kostin |
| 10-05132 | Picard v. | Amy R. Roth |
| 10-05284 | Picard v. | Benjamin W. Roth |
| 10-05017 | Picard v. | Jonathan D. Roth |
| 10-04580 | Picard v. | Leon Shor Revocable Trust, et al. |
| 10-04362 | Picard v. | Sage Associates, et al. |
| 10-05219 | Picard v. | Charles Ellerin Irrevocable Gift Giving Trust, et al. |
| 10-04808 | Picard v. | Alan and Janet Winters Family Partnership Ltd., et al. |
| 10-04824 | Picard v. | Michael Mathias, individually , et al. |
| 10-05060 | Picard v. | Angel |
| 10-05170 | Picard v. | David Silver |

| | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05216 | Picard v. | Karyo |
| 10-04603 | Picard v. | Berger |
| 10-04601 | Picard v. | Leif |
| 10-05227 | Picard v. | Vock |
| 10-05025 | Picard v. | Pikulik |
| 10-05097 | Picard v. | PFLP |
| 10-04948 | Picard v. | Steinberg |
| 10-04342 | Picard v. | Evenstad Revocable Trust u/a/d, May 2, 2000, et al. |
| 10-04512 | Picard v. | Mark B. Evenstad Revocable Trust u/a dated January 30, 2003, et al. |
| 10-05021 | Picard v. | Stanley Gordon Bennett III 1988 Trust, et al. |
| 10-05380 | Picard v. | Srione, LLC, an Idaho limited liability company, et al. |
| 10-04392 | Picard v. | Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/9 |
| 10-05093 | Picard v. | Jennifer Priestley |
| 10-04794 | Picard v. | Zago |
| 10-04449 | Picard v. | Chela Limited |
| 10-04403 | Picard v. | Kesagami Limited |
| 10-04952 | Picard v. | MBE PREFERRED LIMITED PARTNERSHIP, et al. |
| 10-04577 | Picard v. | Frederic J. Perlen |
| 10-05262 | Picard v. | JPT Reinsurance Co., LTD. Portfolio Trust u/a/d 6/16/03, et al. |
| 10-04936 | Picard v. | L. Rags, Inc. |
| 10-04844 | Picard v. | Linda Rituno |
| 10-04556 | Picard v. | Geoffrey S Rehnert |
| 10-04344 | Picard v. | Alexander Sirotkin |
| 10-05084 | Picard v. | Daniel Stone, et al. |
| 10-05068 | Picard v. | D. Stone Industries, Inc. Profit Sharing Plan, et al. |
| 10-05437 | Picard v. | Shum Family Partnership III, LP, et al. |
| 10-04877 | Picard v. | The Charles Salmanson Trust 1981, Jerrold A. Salmanson, et al. |
| 10-05226 | Picard v. | Jodi Marinos, individually and in her capacity as a joint tenant |
| 10-04866 | Picard v. | Lawrence Simonds, et al. |
| 10-05184 | Picard v. | Laura Ann Smith Revocable Living Trust, et al |
| 10-04910 | Picard v. | Betsy R. Sheerr Trust Indenture, et al. |
| 10-04889 | Picard v. | Robert S. Savin |
| 10-04350 | Picard v. | South Ferry #2 LP, et al. |
| 10-04488 | Picard v. | South Ferry Building Company, a New York limited partnership |
| 10-04781 | Picard v. | Estate of Irene Schwartz, et al. |
| 10-04945 | Picard v. | Sew Preferred Limited Partnership, et al. |
| 10-04855 | Picard v. | Morris Talansky Grantor Retained Annuity Trust dated 11/12/02, et al. |

|  | | **Schedule A** |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04832 | Picard v. | Richard E. Winter Revocable Trust U/A dated October 30, 2002, et al. |
| 10-05220 | Picard v. | Wolfson Equities, et al |
| 10-04374 | Picard v. | ZWD Investments, LLC, et al. |
| 10-04627 | Picard v. | Gerald Sperling, individually and in his capacity as joint tenant, et |
| 10-05255 | Picard v. | Stefanelli Investors Group, et al. |
| 10-05182 | Picard v. | Rosalind C. Whitehead Revocable Trust dated 3/8/07, et al |
| 10-05122 | Picard v. | Redemptorist Fathers of New York Externs - Barra Pension Fund |
| 10-04864 | Picard v. | Estate of Ruth M. Silver, et al. |
| 10-04624 | Picard v. | SCADC Liq Corp., a/k/a SCDC Liquidating Corp, et al. |
| 10-05188 | Picard v. | Alice Schindler |
| 10-05038 | Picard v. | North Nassau Cardiology Associates, et al. |
| 10-05159 | Picard v. | Story Family Trust #3, Theodore Story, |
| 10-05276 | Picard v. | Second Act Associates, L.P.,  et al. |
| 10-04444 | Picard v. | Richard M. Balzarini |
| 10-04812 | Picard v. | Shari Block Jason |
| 10-05045 | Picard v. | Maxwell Y. Simkin, |
| 10-04810 | Picard v. | Dolores M. Schlesinger Marital Trust, et al. |
| 10-04803 | Picard v. | The Estelle Harwood Family Limited Partnership, et al. |
| 10-04890 | Picard v. | Poster Brothers, L.P. a New York limited partnership, et al. |
| 10-05280 | Picard v. | Estate of Katherine Thalberg, et al. |
| 10-05183 | Picard v. | SFIC, LLC, etc., et al |
| 10-05018 | Picard v. | Estate of Ruth Schlesinger, et al. |
| 10-04770 | Picard v. | Arnold Schreiber |
| 10-04503 | Picard v. | Judd Robbins |
| 10-04659 | Picard v. | Nancy Portnoy |
| 10-04592 | Picard v. | Anthony E. Stefanelli |
| 10-04742 | Picard v. | Burton R. Sax |
| 10-05369 | Picard v. | David J. Kaimowitz, et al. |
| 10-04382 | Picard v. | Lyle Berman, et al. |
| 10-04452 | Picard v. | BWA Ambassador, Inc., et al. |
| 10-05071 | Picard v. | The Lyle Berman Family Partnership, et al. |
| 10-04549 | Picard v. | Janis Berman |
| 10-04416 | Picard v. | Theresa Berman Revocable Trust, et al. |
| 10-04694 | Picard v. | Clothmasters, Inc. |
| 10-04780 | Picard v. | MWC Holdings LLC, et al. |
| 10-04798 | Picard v. | Janet Jaffe, et al. |
| 10-04737 | Picard v. | Lynn Lazarus Serper |

| | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04909 | Picard v. | Scott Miller |
| 10-04664 | Picard v. | Richard A. Miller Trust dated 5/3/2000, et al. |
| 10-04610 | Picard v. | The Whitman Partnership, et al. |
| 10-04698 | Picard v. | Nancy J. Marks Trust 2002, et al. |
| 10-04475 | Picard v. | DPF Investors, et al. |
| 10-04772 | Picard v. | M. Elliot Schnall |
| 10-05400 | Picard v. | Ted Goldberg, et al. |
| 10-04379 | Picard v. | HFH, A Partnership, et al. |
| 10-05149 | Picard v. | KWA Metals Profit Sharing Plan and Trust, et al. |
| 10-04376 | Picard v. | HSD Investments, L.P, et al. |
| 10-04340 | Picard v. | Ambassador Shoe Corporation |
| 10-04709 | Picard v. | Andrew M. Goodman |
| 10-04418 | Picard v. | Stanley J. Bernstein |
| 10-05125 | Picard v. | Colt Corporation Profit Sharing Plan & Tr, et al. |
| 10-04673 | Picard v. | Barbara E. Greenberg Trust U/A/D 6/15/75, as amended, et al. |
| 10-04821 | Picard v. | Nathan Greenberg Revocable Trust dtd 6/17/1973, et al. |
| 10-05044 | Picard v. | Estate of Richard L. Cash, et al. |
| 10-04695 | Picard v. | Mimi A. Greenberg Revocable Trust, et al. |
| 10-04693 | Picard v. | Estate of George E. Nadler |
| 10-04552 | Picard v. | RKD Investments, L.P, et al. |
| 10-04726 | Picard v. | Lori Chemla, et al. |
| 10-04809 | Picard v. | Allen Gordon |
| 10-04499 | Picard v. | Metro Motor Imports, Inc. |
| 10-04744 | Picard v. | Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. |
| 10-04335 | Picard v. | Aspen Fine Arts Co. |
| 10-04655 | Picard v. | Jaffe Family Investment Partnership, et al. |
| 10-04901 | Picard v. | Gladys Cash, et al. |
| 10-04434 | Picard v. | Trust U/W/O Morris Weintraub FBO Audrey Weintraub, et al. |
| 10-04487 | Picard v. | Robert Weintraub, et al. |
| 10-04538 | Picard v. | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |
| 10-04588 | Picard v. | Amy Pinto Lome Revocable Trust U/A/D 5/22/03, et al. |
| 10-05197 | Picard v. | Jan Marcus Capper |
| 10-04906 | Picard v. | Steven V Marcus Separate Property of the Marcus Family Trust |
| 10-04632 | Picard v. | Farber Investments, Inc., et al. |
| 10-04631 | Picard v. | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. |
| 10-04857 | Picard v. | ABG Partners, et al. |
| 10-04366 | Picard v. | Lillian Berman Goldfarb |

<table>
<tr><td></td><td colspan="2" align="center"><strong>Schedule A</strong></td></tr>
</table>

| Case Number | Case Name | Domestic Proceedings |
|---|---|---|
| 10-04518 | Picard v. | Marital Trust under Revocable Trust of Marvin G. Graybow,et al. |
| 10-04879 | Picard v. | Marc I. Hertz Irrevocable Trust dtd 3/15/92, et al. |
| 10-04551 | Picard v. | Douglas D. Johnson |
| 10-04871 | Picard v. | Donald S. Kent |
| 10-04436 | Picard v. | Sidney Ladin Revocable Trust Dated 12/30/96, et al. |
| 10-04922 | Picard v. | Abbie L. Miller |
| 10-04923 | Picard v. | Meyer Mutual Fund L.C., et al. |
| 10-04979 | Picard v. | James M. New Trust dtd 3/19/01, et al. |
| 10-04833 | Picard v. | David L. Rubin, et al. |
| 10-04500 | Picard v. | Strickman Living Trust, et al. |
| 10-04579 | Picard v. | Shetland Fund Limited Partnership, et al. |
| 10-05186 | Picard v. | Albert H. Small |
| 10-04502 | Picard v. | Steven Schiff |
| 10-04771 | Picard v. | Willard N. Weisberg Trust UAD 3/25/98, et al. |
| 10-05196 | Picard v. | Whitman 1990 Trust U/A DTD 4/13/90, etc., et al |
| 10-04614 | Picard v. | Robert S. Whitman |
| 10-04908 | Picard v. | Steven B. Sigel |
| 10-04854 | Picard v. | ROBERT E. MCGRATH, et al. |
| 10-04705 | Picard v. | Robert M. Siff |
| 10-04333 | Picard v. | Dorado Investments Co., et al. |
| 10-04783 | Picard v. | Arthur E. Strickman |
| 10-04358 | Picard v. | CEH Limited Partnership, et al. |
| 10-04497 | Picard v. | Edward L. Sleeper |
| 10-04509 | Picard v. | Susan Helfman |
| 10-05128 | Picard v. | JABA Associates LP, et al. |
| 10-04666 | Picard v. | Kunin Family Limited Partnership, et al. |
| 10-04773 | Picard v. | Ryan Eyges Trust dtd 12/26/96, et al. |
| 10-04711 | Picard v. | Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges, et al. |
| 10-04940 | Picard v. | Samantha C. Eyges Trust U/A/D 4/19/02, et al. |
| 10-05133 | Picard v. | Boyer H. Palmer, individually, etc, et al. |
| 10-04899 | Picard v. | Albert Rubinger Trust, et al. |
| 10-04663 | Picard v. | Phillip A. Schneider |
| 10-04746 | Picard v. | Harmon Family Limited Partnership, et al. |
| 10-04714 | Picard v. | John Chapman Stoller, et al. |
| 10-04611 | Picard v. | Scott Newberger |
| 10-04689 | Picard v. | Marilyn Speakman |
| 10-04707 | Picard v. | David Newberger Under the Doris Newberger Trust, et al. |

|  | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04690 | Picard v. | Gilbert M. Kotzen 1982 Trust, et al. |
| 10-04442 | Picard v. | PGC Limited Partnership, et al. |
| 10-04755 | Picard v. | Chernis Family Living Trust 2004, et al. |
| 10-04405 | Picard v. | Estate of Elaine S. Fox, Martin S. Fox, Executor, et al. |
| 10-04878 | Picard v. | Lisa Beth Nissenbaum Trust, et al. |
| 10-04660 | Picard v. | P.B. Robco Inc. |
| 10-04762 | Picard v. | James M. Goodman |
| 10-04637 | Picard v. | Gilbert M. Kotzen |
| 10-04849 | Picard v. | Lake Drive LLC, et al. |
| 10-04351 | Picard v. | Melvin B. Nessel, et al. |
| 10-04395 | Picard v. | Gail Nessel |
| 10-04701 | Picard v. | John Nessel |
| 10-04363 | Picard v. | Schiff Family Holdings Nevada Limited Partnership, et al. |
| 10-04547 | Picard v. | Bear Lake Partners, et al. |
| 10-04918 | Picard v. | Ellen Bernfeld |
| 10-05143 | Picard v. | Marilyn Bernfeld Trust, et al. |
| 10-04596 | Picard v. | Eileen Blake, et al. |
| 10-04501 | Picard v. | The Phoebe Blum Revocable Trust, et al. |
| 10-04795 | Picard v. | Peter G.Chernis Revocable Trust Dtd 1/16/87, et al. |
| 10-04734 | Picard v. | Robyn G Chernis Irrevocable Trust u/d/t 7/4/93, et al. |
| 10-04850 | Picard v. | Nathan Cohen Trust, et al. |
| 10-04757 | Picard v. | Laura D. Coleman |
| 10-04717 | Picard v. | William Diamond |
| 10-04671 | Picard v. | The Marilyn Chernis Revocable Trust, et al. |
| 10-04820 | Picard v. | Fine K-S Trust, et al. |
| 10-04943 | Picard v. | Herbert R. Goldenberg Revocable Trust, et al. |
| 10-05079 | Picard v. | Estate of James M. Goodman, et al. |
| 10-05161 | Picard v. | The Rita D. Graybow and Dennis Liss Family Living Trust,etc. et al |
| 10-04731 | Picard v. | Dean L. Greenberg |
| 10-04636 | Picard v. | Richard J. Helfman Life Insurance Trust DTD 12/30/89, et al. |
| 10-05378 | Picard v. | Morton Hill Family Trust, et al. |
| 10-04751 | Picard v. | Allen Hirschfield Trust, et al. |
| 10-05147 | Picard v. | Kelly-Sexton Inc. Profit- Sharing Plan and Trust, et al. |
| 10-04719 | Picard v. | Hess Kline Revocable Trust, et al. |
| 10-04683 | Picard v. | Laurel Kohl, Jodi M. Kohl (individually and as joint tenants) |
| 10-04522 | Picard v. | Estate of Matthew R. Kornreich, et al. |
| 10-04784 | Picard v. | I.I. Kotzen Company |

|  | | Schedule A |
| --- | --- | --- |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05313 | Picard v. | Shirley G. Libby Living Trust dated 11/30/95, et al. |
| 10-05129 | Picard v. | Lichter Family Partnership, et al. |
| 10-04370 | Picard v. | Sidney Marks Trust 2002, et al. |
| 10-05140 | Picard v. | Joyce G. Moscoe individually, etc., et al. |
| 10-04782 | Picard v. | Candice Nadler Revocable Trust DTD 10/18/01, et al. |
| 10-04764 | Picard v. | Benjamin C. Newman |
| 10-04427 | Picard v. | The Olesky Survivors Trust Dated 2/27/84, et al. |
| 10-04453 | Picard v. | Samuel-David Associates, et al. |
| 10-05151 | Picard v. | Palmer Family Trust,etc., et al. |
| 10-04397 | Picard v. | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 10-04585 | Picard v. | Mildred S. Poland, et al. |
| 10-04633 | Picard v. | Richard S. Poland |
| 10-04825 | Picard v. | R.J. Investment, et al. |
| 10-05192 | Picard v. | Alfred B. Reischer Trust, etc., et al |
| 10-04791 | Picard v. | Estate of Samuel Robinson, et al. |
| 10-04723 | Picard v. | Mitchell Ross |
| 10-05020 | Picard v. | Miriam Ross |
| 10-04873 | Picard v. | Sheldon Shaffer Trust Dtd 3/26/1996, et al. |
| 10-04676 | Picard v. | Estate of Sheldon Shaffer, et al. |
| 10-04816 | Picard v. | Adeline Sherman Revocable Trust as Amended, et al. |
| 10-04430 | Picard v. | Malcolm Sherman |
| 10-04587 | Picard v. | Karen Siff Exkorn |
| 10-04745 | Picard v. | Lawrence A. Siff |
| 10-05138 | Picard v. | The Robert M. Siff Trust - 1990, et al. |
| 10-04641 | Picard v. | Shirley S. Siff Trust 1989 DTD 12/20/89, et al. |
| 10-04540 | Picard v. | Jonathan Sobin |
| 10-04505 | Picard v. | Estate of Arnold M. Soskin, et al. |
| 10-05146 | Picard v. | Union Sales Associates, et al. |
| 10-04834 | Picard v. | Robert M.Wallack |
| 10-04561 | Picard v. | Jeffrey R. Werner 11/1/98 Trust, et al. |
| 10-04468 | Picard v. | Ken-Wen Family Limited Partnership, et al. |
| 10-04616 | Picard v. | Nicolette Wernick Nominee Partnership, et al. |
| 10-04881 | Picard v. | Jillian Wernick Livingston |
| 10-04681 | Picard v. | Eli N. Budd |
| 10-04869 | Picard v. | Phyllis B. Reischer Trust dated 11/3/97, et al. |
| 10-04425 | Picard v. | Manuel O. Jaffe |
| 10-05126 | Picard v. | Minnetonka Moccasin Co., Inc. Profit Sharing Trust, et al. |

|  |  | **Schedule A** |
| --- | --- | --- |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05141 | Picard v. | Minnetonka Moccasin Company, Inc. Pension Plan, et al. |
| 10-04826 | Picard v. | Boyer Palmer |
| 10-04504 | Picard v. | Doris M. Pearlman, et al. |
| 10-05145 | Picard v. | Schwartzman Metals, Inc. 401(k), John Doe, et al. |
| 10-04727 | Picard v. | Adele Adess Revocable Living Trust Dtd 10/16/01, et al. |
| 10-04897 | Picard v. | Wilk Investment Club, et al. |
| 10-04599 | Picard v. | Alvin E. Shulman |
| 10-04841 | Picard v. | Michael A. Bellini, et al. |
| 10-04606 | Picard v. | Florence W. Shulman |
| 10-04482 | Picard v. | Michael Goldstein |
| 10-04811 | Picard v. | Ludmilla Goldberg |
| 10-04353 | Picard v. | Kenneth Hubbard |
| 10-05130 | Picard v. | Barbara Kotlikoff Harman |
| 10-04852 | Picard v. | Alvin E. Shulman Pourover Trust, et al. |
| 10-04622 | Picard v. | Estate of Raanan Smelin |
| 10-04787 | Picard v. | William Jay Cohen, individually, et al. |
| 10-04658 | Picard v. | Carol Nelson |
| 10-04377 | Picard v. | Carol Nelson, individually and as joint tenant, et al. |
| 10-04814 | Picard v. | Norma Fishbein Revocable Trust dtd 3/21/90, et al. |
| 10-04735 | Picard v. | Kara Fishbein Goldman, et al. |
| 10-04654 | Picard v. | Diane Ringler |
| 10-05144 | Picard v. | Estate of Bernard J. Kessel, et al. |
| 10-04761 | Picard v. | Leon I. & Mikki L. Fink Family Trust, et al. |
| 10-05142 | Picard v. | Leon I. Fink, et al. |
| 10-05137 | Picard v. | Edith Horowitz Family Partnership, LP, et al. |
| 10-04766 | Picard v. | Elaine Miller 1990 Trust, et al. |
| 10-04759 | Picard v. | Lewis R. Franck, individually and in his capacity as Trustee |
| 10-04467 | Picard v. | David S. Wallenstein |
| 10-05155 | Picard v. | SAX-BARTELS ASSOCIATES, LIMITED PARTNERSHIP |
| 10-04752 | Picard v. | Kuntzman Family LLC, et al. |
| 10-04805 | Picard v. | Todd B. Goldstein, et al. |
| 10-04704 | Picard v. | Danville Manufacturing Co. Inc. |
| 10-04898 | Picard v. | Helene Saren-Lawrence |
| 10-04519 | Picard v. | David Solomon Family Partnership, L.P., et al. |
| 10-05150 | Picard v. | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| 10-04818 | Picard v. | Toby Harwood |
| 10-04725 | Picard v. | Ruth E. Goldstein |

| | Schedule A | |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05162 | Picard v. | Estate of Rita Sorrel |
| 10-04775 | Picard v. | Estate of William E. Sorrel, et al. |
| 10-04988 | Picard v. | Wallenstein/NY Partnership, et al. |
| 10-05156 | Picard v. | Mandell & Blau, M.D.S P.C. 401(K) Profit Sharing Plan, etc.,et al. |
| 10-04691 | Picard v. | Fairview Associates, et al. |
| 10-04905 | Picard v. | Train Klan, a Partnership, et al. |
| 10-04815 | Picard v. | Estate of Beatrice Bader, et al. |
| 10-04831 | Picard v. | Harold Horowitz |
| 10-04836 | Picard v. | Estelle G. Teitelbaum |
| 10-04848 | Picard v. | Bernard Seldon |
| 10-04919 | Picard v. | Lindenberg |
| 10-04447 | Picard v. | Franklin Sands |
| 10-04747 | Picard v. | Sherwood Friend |
| 10-04861 | Picard v. | Harold J. Hein |
| 10-04955 | Picard v. | Amy Lederman Verschleiser, et al. |
| 10-05296 | Picard v. | 1998 William Gershen Revocable Trust, et al. |
| 10-04687 | Picard v. | Arganey Lucas, Jr |
| 10-04827 | Picard v. | Madeline Gins Arakawa individually and as joint tenant, et al. |
| 10-04768 | Picard v. | Placon2, William R. Cohen, et al. |
| 10-04569 | Picard v. | Stephen H. Stern |
| 10-04417 | Picard v. | The Lustig Family 1990 Trust, et al. |
| 10-04554 | Picard v. | David Ivan Lustig |
| 10-04680 | Picard v. | Chalek Associates LLC, et al. |
| 10-05154 | Picard v. | Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan |
| 10-04915 | Picard v. | Doris Glantz Living Trust, et al. |
| 10-04385 | Picard v. | GMR S.A. |
| 10-04465 | Picard v. | Enfasis Invest, S.A., |
| 10-04789 | Picard v. | Gorrin Family Trust DTD 5/24/73, et al. |
| 10-05105 | Picard v. | Robert C. Luker Family Partnership, et al. |
| 10-04541 | Picard v. | Kenneth W Perlman, et al. |
| 10-04451 | Picard v. | John J. Russell, et al. |
| 10-04415 | Picard v. | Barbara J. Berdon |
| 10-04882 | Picard v. | Laura E. Guggenheimer Cole |
| 10-04458 | Picard v. | Richard Guggenheimer |
| 10-04846 | Picard v. | Norman J. Blum |
| 10-04408 | Picard v. | Yankowitz, et al. |
| 10-04548 | Picard v. | Jack Nadrich |

|  |  | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04859 | Picard v. | Bert Margolies Trust, et al. |
| 10-04896 | Picard v. | Helene Juliette Feffer |
| 10-04907 | Picard v. | Estate of Paul E. Feffer, et al. |
| 10-05053 | Picard v. | Arnold Shapiro 11/9/96 Trust, et al. |
| 10-04543 | Picard v. | Douglas Shapiro |
| 10-04779 | Picard v. | Kathy Kommit |
| 10-04553 | Picard v. | Kommit Partners, et al. |
| 10-05019 | Picard v. | Richard B. Kommit Revocable Trust, et al. |
| 10-04961 | Picard v. | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 10-04402 | Picard v. | Brierpatch Investment LLC, et al. |
| 10-04721 | Picard v. | George D. Levy Trust, et al. |
| 10-04715 | Picard v. | Scott Gottlieb, et al. |
| 10-04493 | Picard v. | Joan Wachtler |
| 10-04607 | Picard v. | Sol Wachtler |
| 10-04668 | Picard v. | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. |
| 10-04748 | Picard v. | Murray Horowitz, et al. |
| 10-04710 | Picard v. | Audrey Koota, et al. |
| 10-04903 | Picard v. | Leah Hazard |
| 10-04404 | Picard v. | Empire Prospect Partnership, LP, et al. |
| 10-04713 | Picard v. | Marsy Mittelmann |
| 10-05436 | Picard v. | Just Empire, LLC |
| 10-04638 | Picard v. | The Mittlemann Family Foundation |
| 10-05215 | Picard v. | Estate of Samuel Robert Roitenberg, et al. |
| 10-04985 | Picard v. | Mathew and Evelyn Broms Investment Partnership, et al. |
| 10-04361 | Picard v. | Harvey L. Werner Revocable Trust, et al. |
| 10-04428 | Picard v. | Allen Meisels |
| 10-04880 | Picard v. | Harold Altman, et al. |
| 10-04718 | Picard v. | The Jordan H. Kart Revocable Trust, et al. |
| 10-04917 | Picard v. | Marian Baum |
| 10-04620 | Picard v. | William P. Becker, et al. |
| 10-04758 | Picard v. | Calvin Berkowitz |
| 10-04700 | Picard v. | Calvin Berkowitz, as Trustee for Bertha Berkowitz, et al. |
| 10-04785 | Picard v. | Irving Berzner Revocable Living Trust UAD 12/22/92, et al. |
| 10-04485 | Picard v. | John Bowers, et al. |
| 10-04692 | Picard v. | Myra Cantor |
| 10-04448 | Picard v. | Robert V. Cheren, et al. |
| 10-04688 | Picard v. | Roy D. Davis |

|  |  | **Schedule A** |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04728 | Picard v. | Bruno L. Digiulian |
| 10-04729 | Picard v. | The Eric J. Metzger Living Trust, Eric J. Metzger, et al. |
| 10-04523 | Picard v. | Mark S. Feldman, et al. |
| 10-04840 | Picard v. | Susan Paresky, in her capacity as Trustee of the Susan Paresky Trust |
| 10-04845 | Picard v. | The Joseph M. Paresky Trust, et al. |
| 10-04875 | Picard v. | The Estate of Dorothy D. Flanagan, et al. |
| 10-04870 | Picard v. | Kay Frankel |
| 10-05251 | Picard v. | Lorraine L. Friedman Revocable Trust, et al. |
| 10-05114 | Picard v. | Marlborough Associates, a New York General Partnership, et al. |
| 10-04858 | Picard v. | Harry Pech and Jeffrey Pech, et al. |
| 10-04743 | Picard v. | Phyllis A. George |
| 10-04925 | Picard v. | Alvin Gindel Revocable Trust, a Florida trust, et al. |
| 10-05112 | Picard v. | Allan Ehrlich Inc. Profit Sharing Plan and Trust, et al. |
| 10-04888 | Picard v. | The Goldberg Family Investment Club, a Florida General Partnership, et al. |
| 10-04972 | Picard v. | The Jerry Guberman Trust 12/23/92, et al. |
| 10-04421 | Picard v. | A & G Goldman Partnership, a New York Partnership, et al. |
| 10-04904 | Picard v. | Bernard Gordon, et al. |
| 10-04914 | Picard v. | Allen Gordon |
| 10-04613 | Picard v. | The Grabel Family Trust Dtd 3/29/99, et al. |
| 10-04583 | Picard v. | Todd R. Shack |
| 10-04567 | Picard v. | The Estate of Meyer Goldman, et al. |
| 10-04544 | Picard v. | Gorvis LLC, et al. |
| 10-04926 | Picard v. | The Koff Living Trust, et al. |
| 10-04422 | Picard v. | Elaine Rosenberg |
| 10-04476 | Picard v. | Franitza Family Limited Partnership, et al. |
| 10-04643 | Picard v. | Credit Shelter Trust under the Manuel Miller Revocable Trust, et al. |
| 10-04891 | Picard v. | The Robert Auerbach Revocable Trust, et al. |
| 10-04839 | Picard v. | The Blotky Family Trust Randolph Blotky indiv, etc., et al. |
| 10-04949 | Picard v. | Branch Family Development, LLC, et al. |
| 10-04697 | Picard v. | Guy Anthony Cerato |
| 10-05049 | Picard v. | The Croul Family Trust, et al. |
| 10-05235 | Picard v. | MAF Associates LLC, et al. |
| 10-05239 | Picard v. | Robert Fried, et al. |
| 10-04774 | Picard v. | Diane Wilson |
| 10-04612 | Picard v. | The Gary R. Gerson Revocable Trust dated December 6, 2005 |
| 10-05091 | Picard v. | Gutmacher Enterprises, LP, a New York Limited Partnership, et al. |
| 10-04437 | Picard v. | Peter Joseph |

|  | | |
|---|---|---|
| | | **Schedule A** |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05094 | Picard v. | The Estate of Carolyn Miller, et al. |
| 10-04679 | Picard v. | Sheila Derman |
| 10-04837 | Picard v. | Leslie Ehrlich f/k/a Leslie Harwood , et al. |
| 10-04883 | Picard v. | Robert S. Bernstein |
| 10-04539 | Picard v. | The Gerald and Barbara Keller Family Trust, et al. |
| 10-04357 | Picard v. | James Greiff |
| 10-04649 | Picard v. | Estate of Norma Fishbein, et al. |
| 10-04916 | Picard v. | Susan Andelman |
| 10-04819 | Picard v. | The June Bonyor Revocable Trust Restated UA dtd 5/22/00, et al. |
| 10-04823 | Picard v. | Frank DiFazio, et al. |
| 10-04892 | Picard v. | Chris Lazarides |
| 10-04800 | Picard v. | Sandy Sandler |
| 10-04464 | Picard v. | Clayre Hulsh Haft |
| 10-04835 | Picard v. | Dorris Carr Bonfigli |
| 10-04647 | Picard v. | The Abbit Family Trust 9/7/90, et al. |
| 10-04498 | Picard v. | Lakeview Hedging Fund, LP, et al. |
| 10-05210 | Picard v. | Board of Trustees, et al. |
| 10-05199 | Picard v. | Board of Trustees, Engineers Joint Supplemental Unemployment Benefit |
| 10-04976 | Picard v. | Eleven Eighteen Limited Partnership, et al. |
| 10-04343 | Picard v. | Patrice Auld, et al. |
| 10-05238 | Picard v. | Buffalo Laborers' Pension Fund, et al. |
| 10-04722 | Picard v. | Howard Blakeslee Revocable Trust, a New Jersey Trust, et al. |
| 10-04582 | Picard v. | Gerald Blumenthal |
| 10-04973 | Picard v. | Connecticut General Life Insurance Company, etc., et al. |
| 10-04843 | Picard v. | Nathan Cohen |
| 10-04977 | Picard v. | The Campagna Revocable Living Trust, et al. |
| 10-05168 | Picard v. | Bernard Marden Profit Sharing Plan,etc.,et al. |
| 10-04956 | Picard v. | D. M. Castelli |
| 10-05108 | Picard v. | Marilyn Davimos 1999 Grat, a Florida trust, et al. |
| 10-04339 | Picard v. | Elins Family Trust, a California Trust, et al. |
| 10-05177 | Picard v. | Lawrence Elins, etc. |
| 10-05026 | Picard v. | Walter Freshman Trust A, a Florida trust, et al. |
| 10-04963 | Picard v. | Beth P. Feldman Trust, et al. |
| 10-05212 | Picard v. | Robert S. Edmonds |
| 10-04477 | Picard v. | Hunter Douglas International N.V., a Curacao limited liability compan |
| 10-04967 | Picard v. | Robert Layton, et al. |
| 10-05445 | Picard v. | Southey International Limited, a British Virgin Islands Co., et al. |

| | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04674 | Picard v. | Walter J. Gross Revocable Trust, a New York trust, et al. |
| 10-05200 | Picard v. | Helene Cummings Karp Annuity, et al |
| 10-04797 | Picard v. | Edmond A. Gorek, as an individual and as a joint tenant, et al. |
| 10-04702 | Picard v. | S&L Partnership, a New York partnership, et al. |
| 10-04623 | Picard v. | Edmond A. Gorek |
| 10-05117 | Picard v. | Estate of Jerome I. Gellman, et al |
| 10-04591 | Picard v. | Lin Castre Gosman a/k/a Linda Castre Gosman a/k/a Linda Castre, as an |
| 10-04684 | Picard v. | Gordon Associates, a New York partnership, Bruce Gordon |
| 10-04506 | Picard v. | Howard S. Garlick, et al. |
| 10-04389 | Picard v. | Barbara S. Gross 2006 Grat, a New York trust, et al. |
| 10-05061 | Picard v. | Estate of James Heller, et al. |
| 10-04856 | Picard v. | Michael A. Hertzberg, as an individual, and as tenant-in-common |
| 10-04484 | Picard v. | Indian Wells Partnership, LTD., a Florida limited partnership, et al |
| 10-04838 | Picard v. | Helaine G. Hurwitz Revocable Trust, a Maryland Trust, et al. |
| 10-04872 | Picard v. | Irving Hurwitz Revocable Trust, a Maryland Trust, et al. |
| 10-04863 | Picard v. | Ninth Street Partners, Ltd, et al. |
| 10-05236 | Picard v. | Toby T. Hobish, et al |
| 10-04927 | Picard v. | Uri and Myna Herscher Family Trust, Dated May 27, 1998, et al. |
| 10-05419 | Picard v. | James Heller Family, LLC,  a Delaware limited liability company, et al. |
| 10-05099 | Picard v. | Lila Ingram Irrevocable Trust, a New York trust, et al. |
| 10-04411 | Picard v. | Robert A. Ingram, et al. |
| 10-04960 | Picard v. | Estate of Elizabeth H. Kahn aka Betty Kahn, et al. |
| 10-05429 | Picard v. | Jean Kahn |
| 10-04954 | Picard v. | Ruth Kahn |
| 10-04994 | Picard v. | Kayes, et al. |
| 10-05158 | Picard v. | Kelman Partners Limited Partnership, et al. |
| 10-04796 | Picard v. | Howard Kaye |
| 10-04807 | Picard v. | Mildred Katz |
| 10-04473 | Picard v. | Joyce F. Klein Revocable Trust, a California Trust, et al. |
| 10-05218 | Picard v. | Joseph T. Kelley |
| 10-04813 | Picard v. | The Restated Henry Kaye Trust a California trust Laurence Kaye as tru |
| 10-04756 | Picard v. | Stephen B. Kaye, as an individual and as a joint tenant, et al. |
| 10-04515 | Picard v. | Lester Kolodny |
| 10-04419 | Picard v. | Katz Group Limited Partnership, a Wyoming limited partnership,et al. |
| 10-04642 | Picard v. | Kenneth E. Koplik |
| 10-04865 | Picard v. | Edward H. Kaplan, et al. |
| 10-05030 | Picard v. | Irene Kepes Revocable Living Trust dated 12/26/1989, et al. |

| | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05034 | Picard v. | Arthur Kepes Unified Credit Shelter Trust a Florida Trust, et al. |
| 10-04489 | Picard v. | Marlene Krauss |
| 10-04793 | Picard v. | Marilyn Lobell Trust, a Florida Trust, et al. |
| 10-04346 | Picard v. | Lucky Company, a New Jersey partnership, et al. |
| 10-04867 | Picard v. | Estate of Steven I. Harnick, et al. |
| 10-04629 | Picard v. | Frank J. Lynch |
| 10-05113 | Picard v. | Herman Lippert and Gertrude Lippert Living Trust Dated August 8, 1991 |
| 10-04490 | Picard v. | Lucky Company, a New Jersey partnership, Beth H. Gersten, et al. |
| 10-04893 | Picard v. | The Lieblein Family Trust Dated April 1, 1990, et al. |
| 10-04862 | Picard v. | Frieda Low |
| 10-05035 | Picard v. | Robert K. Low |
| 10-05109 | Picard v. | F & P Lynch Family Partnership, L.P., et al. |
| 10-04934 | Picard v. | Michael S. Leeds, et al. |
| 10-04341 | Picard v. | Marden, et al. |
| 10-04874 | Picard v. | James Morrissey |
| 10-04767 | Picard v. | Kay Morrissey |
| 10-05065 | Picard v. | Connecticut General Life Insurance Company, a Connecticut corp., et al. |
| 10-05118 | Picard v. | Charlotte M. Marden |
| 10-04348 | Picard v. | Marden Family Limited Partnership, et al. |
| 10-04763 | Picard v. | Ronald F. Manzo, as a tenant in common, as a joint tenant, etc, et al. |
| 10-05433 | Picard v. | Merida Associates, Inc., a Florida corporation, et al. |
| 10-05432 | Picard v. | Mark & Carol Enterprises, Inc. a New York Corporation, et al. |
| 10-04391 | Picard v. | Yesod Fund, a trust, et al. |
| 10-04443 | Picard v. | Nine Thirty LL Investments, LLC, a Delaware limited liability company |
| 10-04929 | Picard v. | Celia Paleologos Revocable Trust Dated 5/26/98, et al. |
| 10-05073 | Picard v. | Radosh Partners, a Florida partnership |
| 10-05403 | Picard v. | Estate of Charles C. Rollins, et al. |
| 10-04736 | Picard v. | Maurice U. Rosenfield |
| 10-04675 | Picard v. | Stuart J. Rabin |
| 10-04507 | Picard v. | John Y. Seskis |
| 10-05027 | Picard v. | 1776 K Street Associates Limited Partnership, et al. |
| 10-04997 | Picard v. | Harvey C. Van Lanen, et al. |
| 10-05181 | Picard v. | Constance Hoffert Revocable Trust dated July 2, 1987, etc., et al |
| 10-05250 | Picard v. | Norman J. Cohen Trust dated November 15, 2007, a Florida trust, et al. |
| 10-04964 | Picard v. | The Lila S. Gerlin Trust, et al. |
| 10-05076 | Picard v. | The KL Retirement Trust, a New York trust, et al. |
| 10-05160 | Picard v. | The Lanny Rose Revocable Trust, a Florida trust, et al. |

|  | | Schedule A |
| --- | --- | --- |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04712 | Picard v. | Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Tr |
| 10-04706 | Picard v. | Anita Karimian |
| 10-04754 | Picard v. | Nur C. Gangji Trust Dated 10/16/00, a Virginia trust, et al. |
| 10-05022 | Picard v. | Montbarry Incorporated, a British Virgin Islands company, et al. |
| 10-04804 | Picard v. | Jeanette Metzger Living Trust dated August 4, 1994, a New Jersey trus |
| 10-04364 | Picard v. | Macher Family Partnership, a California Limited Partnership, et al. |
| 10-04699 | Picard v. | The Hausner Group (also known as Hausner Group, LP), et al. |
| 10-04732 | Picard v. | John J. Kone, et al. |
| 10-04947 | Picard v. | Marjorie Most |
| 10-04941 | Picard v. | Michael Most |
| 10-04801 | Picard v. | Estate of James Arnold, et al. |
| 10-05098 | Picard v. | Essjaykay Enterprises, Ltd. Profit Sharing Plan and Trust, et al. |
| 10-04740 | Picard v. | Robert Hirsch, as an individual, and as joint tenant, et al. |
| 10-04630 | Picard v. | Marks & Associates, a New York Partnership, et al. |
| 10-05163 | Picard v. | Dahme Family Bypass Testamentary Trust dated 10/27/76, a California t |
| 10-04678 | Picard v. | Michael M. Jacobs |
| 10-04895 | Picard v. | James S. Werter Revocable Trust dated 9/25/03, et al. |
| 10-04900 | Picard v. | Bonnie J. Kansler |
| 10-05103 | Picard v. | Abe Kleinman, et al. |
| 10-05169 | Picard v. | Fairfield Pagma Associates,etc.,et al. |
| 10-05056 | Picard v. | Margaret Ho, a.k.a., Margaret Mui Ki Ho, et al. |
| 10-04625 | Picard v. | Judith H. Rome |
| 10-04513 | Picard v. | The Article Fourth Non-Exempt Trust, et al. |
| 10-05214 | Picard v. | Rita Heftler, et al. |
| 10-04661 | Picard v. | Krellenstein Family Limited Partnership II of 1999, et al. |
| 10-05023 | Picard v. | Barbra K. Morganstern Revocable Trust dated January 24, 1997, et al. |
| 10-04619 | Picard v. | The JP Group, an Illinois partnership, et al. |
| 10-04986 | Picard v. | Sharon Knee |
| 10-04720 | Picard v. | Bertha Berkowitz in her capacity as trustee for Calvin Berkowitz, et al. |
| 10-04982 | Picard v. | The Estate of Harriet Bergman, et al. |
| 10-04644 | Picard v. | Russell L. Dusek, |
| 10-05080 | Picard v. | Bertram Bromberg Trust UAD 5/26/06, et al. |
| 10-05134 | Picard v. | The Joseph Bergman Revocable Trust, et al. |
| 10-05246 | Picard v. | The Frances J. Le Vine Revocable Trust, et al. |
| 10-04884 | Picard v. | Steven Andelman |
| 10-05439 | Picard v. | Avram J. Goldberg, individually and in his capacity as trust officer, |
| 10-04987 | Picard v. | The Ernest Oscar Abbit Living Trust, et al. |

|  |  | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05157 | Picard v. | The Harnick Brothers Partnership, et al. |
| 10-05139 | Picard v. | Bridge Holidays, LLC Defined Benefit Pension Plan, et al. |
| 10-05201 | Picard v. | The Steven H. Grobstein Revocable Trust,, et al |
| 10-05435 | Picard v. | Keith Schaffer, et al. |
| 10-04788 | Picard v. | The Saul A. Geronemus Revocable Trust dtd 6/26/92,, et al. |
| 10-05124 | Picard v. | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 10-05127 | Picard v. | Atwood Management Profit Sharing Plan & Trust, etc., et al. |
| 10-04822 | Picard v. | David P. Gerstman, et al. |
| 10-05048 | Picard v. | Armand L. Greenhall, et al. |
| 10-04593 | Picard v. | Carole Kasbar Bulman, et al. |
| 10-04369 | Picard v. | Donna Garolla (a.k.a. Donna Skeen), et al. |
| 10-05104 | Picard v. | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| 10-04991 | Picard v. | Guiducci Family Limited Partnership, et al. |
| 10-04806 | Picard v. | Kenneth M.Kohl, as an individual and as a joint tenant, et al. |
| 10-04760 | Picard v. | Annette Jungreis Trust dated May 13, 1993, et al. |
| 10-04769 | Picard v. | Irving Jungreis Trust dated May 13, 1993, a Florida Trust, et al. |
| 10-04990 | Picard v. | Carol Lederman |
| 10-05440 | Picard v. | Carol Lederman, et al. |
| 10-04750 | Picard v. | Samdia Family L.P., a Delaware Limited Partnership, et al. |
| 10-05434 | Picard v. | Nancy T. Behrman |
| 10-05190 | Picard v. | The Lazarus-Schy Family Partnership, etc., et al |
| 10-05167 | Picard v. | Estate of Elaine Cooper, etc., et al. |
| 10-04686 | Picard v. | A & M Johnson Trust, a California trust, et al. |
| 10-04902 | Picard v. | Mishkin Family Trust, a New York trust, et al. |
| 10-04847 | Picard v. | Robert E. Livingston |
| 10-04911 | Picard v. | Michael M. Jacobs |
| 10-04802 | Picard v. | Thelma Kugel |
| 10-04921 | Picard v. | Stanley T. Miller |
| 10-04481 | Picard v. | Armand Lindenbaum |
| 10-04386 | Picard v. | The Gettinger Foundation |
| 10-04381 | Picard v. | David Abel |
| 10-05051 | Picard v. | Bevro Realty Corp. Defined Benefit Pension Plan, et al. |
| 10-04380 | Picard v. | Robert Yaffe, et al. |
| 10-04406 | Picard v. | Triangle Properties # 39, Robert Yaffe, et al. |
| 10-04399 | Picard v. | Robert Nystrom |
| 10-04455 | Picard v. | Frances Blum |
| 10-04424 | Picard v. | Shirley Friedman |

|  |  | **Schedule A** |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04466 | Picard v. | Epic Ventures, LLC, et al. |
| 10-04375 | Picard v. | Stanley Plesent |
| 10-04365 | Picard v. | Arthur M. Siskind |
| 10-04360 | Picard v. | Elaine S. Stein |
| 10-04420 | Picard v. | Jeffrey Siskind |
| 10-05418 | Picard v. | Robert L. Silverman, et al. |
| 10-05260 | Picard v. | Lord Anthony Jacobs |
| 10-05258 | Picard v. | Lady Evelyn Jacobs |
| 10-05171 | Picard v. | Turbo Investors, LLC |
| 10-05179 | Picard v. | Liselotte J. Leeds Lifetime Trust, et al. |
| 10-04439 | Picard v. | AHT Partners, LP, et al. |
| 10-04958 | Picard v. | Leonard R. Ganz |
| 10-05059 | Picard v. | The American Committee for Shaare Zedek Hospital in Jerusalem |
| 10-04510 | Picard v. | The Murray Family Trust, et al. |
| 10-04313 | Picard v. | Klufer Family Trust, et al. |
| 10-04309 | Picard v. | Trust Under Article Fourth U/W/O Robert E. Klufer |
| 10-04401 | Picard v. | Rose Gindel Trust, et al. |
| 10-04913 | Picard v. | Phyllis S. Manko |
| 10-05095 | Picard v. | William J. Mandelbaum, individually and in his capacity as a Tenant i |
| 10-05042 | Picard v. | Estate of Helene R. Cahners Kaplan, et al. |
| 10-04621 | Picard v. | Donald A. Benjamin |
| 10-05223 | Picard v. | Estate of Sam W. Klein, et al. |
| 10-05057 | Picard v. | Joseph Persky Foundation |
| 10-05064 | Picard v. | The Celeste & Adam Bartos Charitable Trust, et al. |
| 10-05054 | Picard v. | Chesed Congregations of America, et al. |
| 10-05092 | Picard v. | Architectural Body Research Foundation, Inc. |
| 10-04308 | Picard v. | Alpern, et al. |
| 10-04327 | Picard v. | Gertrude E. Alpern Revocable Trust, et al. |
| 10-04302 | Picard v. | Joan Roman |
| 10-04292 | Picard v. | Robert Roman |
| 10-05225 | Picard v. | Brenner Family 2000 Living Trust, et al. |
| 10-04703 | Picard v. | Albert H. Small Charitable Remainder Unitrust, et al. |
| 10-04989 | Picard v. | JK Annuity Trust, et al. |
| 10-04992 | Picard v. | MK Annuity Trust, et al. |
| 10-05413 | Picard v. | Cornerstone Capital (Del), Inc., et al. |
| 10-05052 | Picard v. | Pulver Family Foundation, Inc. |
| 10-05323 | Picard v. | Anthony R. Davis, et al. |

|  |  | **Schedule A** |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05106 | Picard v. | Stony Brook Foundation, Inc. |
| 11-01549 | Picard v. | Martin Steinberg Charitable Trust Domestic Portion, et al. |
| 10-05069 | Picard v. | Potamkin Family Foundation Inc. |
| 10-05063 | Picard v. | Lewis W. Bernard 1995 Charitable Remainder Trust, et al. |
| 10-05389 | Picard v. | Jay P. Friehling, et al. |
| 10-05121 | Picard v. | Steven E. Leber Charitable Remainder Unitrust, et al. |
| 10-05152 | Picard v. | North Shore Child & Family Guidance Association, Inc., et al. |
| 10-05111 | Picard v. | Werner Foundation |
| 10-05083 | Picard v. | The S. James Coppersmith Charitable Remainder Unitrust, et al. |
| 10-05058 | Picard v. | America Israel Cultural Foundation, Inc |
| 10-04288 | Picard v. | Guritzky Family Partnership |
| 10-05050 | Picard v. | H. Schaffer Foundation, Inc. |
| 10-05055 | Picard v. | Lucerne Foundation and Douglas J. Rimsky in his capacity as Trustee |
| 10-05115 | Picard v. | Melvin B. Nessel Foundation, et al. |
| 10-05077 | Picard v. | Queensgate Foundation |
| 10-05202 | Picard v. | Ruth Russ |
| 10-05274 | Picard v. | Long Island Museum of American Art, et al. |
| 10-05075 | Picard v. | The Lou and Harry Stern Family Foundation |
| 10-05110 | Picard v. | United Congregations Mesora |
| 10-04356 | Picard v. | Joyce Certilman, et al. |
| 10-04368 | Picard v. | Bernard Certilman, et al. |
| 10-05046 | Picard v. | Martin Gettinger, individually, et al. |
| 10-05107 | Picard v. | Helen Starr Trust, et al. |
| 10-05119 | Picard v. | Miscork Corp. #1, et al. |
| 10-05275 | Picard v. | S H & Helen R Scheuer Family Foundation, Inc. |
| 10-04777 | Picard v. | Ida Fishman Revocable Trust, et al. |
| 10-05078 | Picard v. | Myra Perlen Revocable Trust, et al. |
| 10-04969 | Picard v. | Charles K. Ribakoff 2nd Trust Indenture (ARC),  et al. |
| 10-04912 | Picard v. | Harry Smith Revocable Living Trust, et al. |
| 10-04868 | Picard v. | Richard D. Siegal |
| 10-05172 | Picard v. | Frank A. Petito, d/b/a The Petito Investment Group,etc., et al. |
| 10-04778 | Picard v. | Jack Klotzko |
| 10-05070 | Picard v. | The Aspen Company, et al. |
| 10-05047 | Picard v. | George N. Faris |
| 10-05100 | Picard v. | Robert M. Siff |
| 10-05173 | Picard v. | David Solomon |
| 10-05039 | Picard v. | Ho Marital Appointment Trust, et al. |

|  |  | **Schedule A** |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05224 | Picard v. | David R. Markin, individually and as trustee of the David Markin Char |
| 10-04860 | Picard v. | Estate of Carl S. Stecker, et al. |
| 10-05176 | Picard v. | White Orchard Investments, et al. |
| 10-05398 | Picard v. | Elbert R. Brown Trust, et al. |
| 10-04998 | Picard v. | Estate Of Hermen Greenberg, et al. |
| 10-04384 | Picard v. | Lanx BM Investments, LLC, et al. |
| 10-05081 | Picard v. | Southern Engineering Corporation Employees' Profit Sharing Plan, et al. |
| 10-04853 | Picard v. | Peter H. Smith, individually and as a joint tenant, et al. |
| 10-04933 | Picard v. | Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000, et al. |
| 10-04514 | Picard v. | Serene Warren Revocable Trust u/a/d September 15, 2005, et al. |
| 10-05101 | Picard v. | Redemptorist Fathers of New York Externs - TODA Pension Fund, et al. |
| 10-05231 | Picard v. | Trust under Deed of Suzanne R. May dated November 23, 1994, et al. |
| 10-04951 | Picard v. | Harold A. Thau |
| 10-05431 | Picard v. | Theodore Story, et al. |
| 10-05043 | Picard v. | The LDP Corp. Profit Sharing Plan and Trust, et al. |
| 10-05089 | Picard v. | John Denver Concerts, Inc. Pension Plan Trust, et al. |
| 10-05371 | Picard v. | L.H. Rich Companies, N.R, et al. |
| 10-04983 | Picard v. | The Ruth Rosen Family Limited Partnership, et al. |
| 10-05037 | Picard v. | Barbara L. Savin |
| 10-04981 | Picard v. | Mar Partners, et al. |
| 10-05203 | Picard v. | Trust F/B/O Melissa Perlen U/A dated 9/12/1979, et al |
| 10-04962 | Picard v. | Alvin R. Rush |
| 10-05312 | Picard v. | Doron Tavlin Trust U/A 2/4/91, et al. |
| 10-05085 | Picard v. | Eugene J. Ribakoff 2006 Trust, et al. |
| 10-05232 | Picard v. | Trust for the benefit of Ryan Tavlin, et al. |
| 10-05067 | Picard v. | Miles & Shirley Fiterman Charitable Foundation, et al. |
| 10-04730 | Picard v. | Blumenfeld, individually, etc., et al. |
| 10-04337 | Picard v. | Miles Q. Fiterman Revocable Trust, et al. |
| 10-04354 | Picard v. | Fiterman Investment Funds, et al. |
| 10-04432 | Picard v. | Miles and Shirley Fiterman Endowment Fund for Digestive Diseases, et al. |
| 10-04414 | Picard v. | Orconsult, SA |
| 10-04474 | Picard v. | Roger Rechler Revocable Trust, et al. |
| 10-04412 | Picard v. | Judith Rechler |
| 10-05135 | Picard v. | Reckson Generation, et al. |
| 10-04352 | Picard v. | RAR Entrepreneurial Fund LTD, et al. |
| 10-05331 | Picard v. | Stuart Perlen Revocable Trust dtd 1/4/08, et al. |
| 10-05259 | Picard v. | Stanley I. Lehrer, individually, et al. |

|  | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-04338 | Picard v. | Financiere Agache |
| 10-04617 | Picard v. | Magnus A. Unflat |
| 10-05420 | Picard v. | Gunther K. Unflat, et al. |
| 10-05405 | Picard v. | Doris Horowitz individually, etc., et al. |
| 10-05153 | Picard v. | RDS Trust, PNS Trust, Ira L. Sorkin, etc.,et al. |
| 10-04993 | Picard v. | Melvin H. and Leona Gale Joint Revocable Living Trust, et al. |
| 10-05315 | Picard v. | A. Paul Victor, P.C., a professional corporation, et al. |
| 10-05237 | Picard v. | Russell J. DeLucia |
| 10-05028 | Picard v. | Estate of Jack Shurman, et al. |
| 10-04942 | Picard v. | Mid Atlantic Group, Inc., et al. |
| 10-04669 | Picard v. | Zieses Investment Partnership, et al. |
| 10-04651 | Picard v. | Audax Group LP, et al. |
| 10-05187 | Picard v. | Robstebry Management Corp. |
| 10-04298 | Picard v. | AHT Associates, LLC |
| 10-04648 | Picard v. | Peter D. Kamenstein |
| 10-04677 | Picard v. | Paul Sudman Jill Sudman, J/T Wros, et al. |
| 10-04672 | Picard v. | Sidney Cole |
| 10-04409 | Picard v. | Robert A. Meister |
| 10-04924 | Picard v. | Brian Gerber Trust U/L/W/T Lottie Gerber dated 11/6/72, et al. |
| 10-04615 | Picard v. | Joel I. Gordon Revocable Trust U/A/D 5/11/94, et al. |
| 10-04550 | Picard v. | Harold L. Waterman, et al. |
| 10-05383 | Picard v. | Stanley Shapiro |
| 10-04573 | Picard v. | Bruce Leventhal 2001 Irrevocable Trust, et al. |
| 10-04398 | Picard v. | Ellerin Partnership, Ltd, et al. |
| 10-05136 | Picard v. | Richard Roth |
| 10-04407 | Picard v. | The Estate of Sarah e. Pearce, et al. |
| 10-05234 | Picard v. | Ted Bigos |
| 10-05174 | Picard v. | Trust created under agreement  1/9/90 by Leonard Litwin,etc.,et al. |
| 10-05438 | Picard v. | Realty Negotiators Inc. Defined Benefit Pension Plan, et al. |
| 10-04394 | Picard v. | Frederic Z. Konigsberg, et al. |
| 10-04469 | Picard v. | Carol L. Kamenstein, individually and in her capacity as joint tenant |
| 10-05384 | Picard v. | Neil Reger Profit Sharing Keogh, et al. |
| 10-05287 | Picard v. | Katz, in his individual capacity, et al. |
| 10-04995 | Picard v. | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. |
| 10-05204 | Picard v. | Suzanne Le Vine, et al. |
| 10-04959 | Picard v. | Pisetzner |
| 10-04946 | Picard v. | Stephen R. Goldenberg |

|  |  | Schedule A |
| --- | --- | --- |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05164 | Picard v. | Anne Squadron ,et al. |
| 10-05249 | Picard v. | Delta Fund I, LP, et al. |
| 10-04965 | Picard v. | Jesselson Foundation |
| 10-05254 | Picard v. | Stanford M. Baratz Children"s Irrevocable Trust u/a dated 11/90, et al. |
| 10-05240 | Picard v. | Palko Associates, et al. |
| 10-05031 | Picard v. | Eric Levine, Suzan Levine |
| 10-05379 | Picard v. | Catherijne Investments CV, a Limited Partnership, et al. |
| 10-05206 | Picard v. | Ronald A. Guttman, et al |
| 10-05411 | Picard v. | Kohn, etc., et al. |
| 10-04287 | Picard v. | Cardinal Management |
| 10-05229 | Picard v. | Defender Limited |
| 10-04457 | Picard v. | Equity Trading Portfolio |
| 09-01239 | Picard v. | Fairfield Sentry Limited, et al. |
| 09-01187 | Picard v. | Harley International (Cayman) Limited |
| 09-01364 | Picard v. | HSBC Bank PLC, et al. |
| 09-01161 | Picard v. | Ceretti, et al. (Kingate) |
| 10-05286 | Picard v. | Legacy Capital Ltd., et al. |
| 10-05311 | Picard v. | UBS AG, UBS (Luxembourg) S.A., et al. |
| 09-01182 | Picard v. | Merkin, et al. |
| 10-05123 | Picard v. | Mount Capital Fund Ltd., et al. |
| 10-05120 | Picard v. | Oreades SICV, et al. |
| 10-04284 | Picard v. | Plaza Investments International Limited, et al. |
| 10-04330 | Picard v. | Square One Fund Ltd, et al. |
| 09-01365 | Picard v. | Thybo Asset Management Limited, et al. |
| 10-05310 | Picard v. | Tremont Group Holdings, Inc., et al. |
| 10-04373 | Picard v. | Richard A. Broms Revocable Trust, et al. |
| 10-05388 | Picard v. | Lilyan Berkowitz, individually, etc., et al. |
| 10-05373 | Picard v. | Thomas H. Segal, individually , etc., et al. |
| 10-05294 | Picard v. | Bell Ventures Limited |
| 10-04400 | Picard v. | Sage Realty, et al. |
| 10-04799 | Picard v. | Marvin L. Olshan |
| 10-04928 | Picard v. | Peter Knobel, et al. |
| 10-04461 | Picard v. | JD Partners LLC |
| 09-01305 | Picard v. | Cohmad Securities Corporation, et al. |
| 10-05354 | Picard v. | ABN AMRO Bank, N.A., et al. |
| 10-05356 | Picard v. | Beacon Associates LLC I, et al. |
| 10-05351 | Picard v. | Banco Bilbao Vizcaya Argentaria, S.A. |

|  | | Schedule A |
| --- | --- | --- |
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05345 | Picard v. | Citibank, N.A., et al. |
| 10-04471 | Picard v. | Citrus Investment Holdings Ltd. |
| 10-04932 | Picard v. | JPMorgan Chase & Co., et al. |
| 10-04285 | Picard v. | UBS AG, et al. |
| 10-05346 | Picard v. | Merrill Lynch International |
| 10-05353 | Picard v. | Natixis, et al. |
| 10-05348 | Picard v. | Nomura Bank International PLC |
| 10-05208 | Picard v. | Trotanoy Investment Company Ltd., et al. |
| 10-05148 | Picard v. | Bert Brodsky Associates, Inc. Pension Plan, et al. |
| 10-05295 | Picard v. | Thomas L. Stark, as joint tenant with right of survivorship |
| 10-05207 | Picard v. | Lisa Liebmann |
| 10-04828 | Picard v. | Sarah Mondshine Revocable Trust U/A/D May 30, 1994, et al. |
| 10-04429 | Picard v. | Gary J. Korn, et al. |
| 10-04463 | Picard v. | Triangle Diversified Investments, et al. |
| 10-05333 | Picard v. | L&I Investments LLC |
| 10-05253 | Picard v. | Lebanese American University |
| 10-05244 | Picard v. | Copen Charitable Trusts LLC FILED UNDER SEAL |
| 10-04975 | Picard v. | Mashanda Limited |
| 10-05336 | Picard v. | Falcon Associates, LP, et al. |
| 10-05293 | Picard v. | Bennett M. Berman Trust, et al. |
| 10-04738 | Picard v. | Robert D. Redston 1998 Trust, et al. |
| 10-04716 | Picard v. | Paul Kunin |
| 10-05406 | Picard v. | Lieberbaum, et al. |
| 10-05407 | Picard v. | Maccabee |
| 10-05408 | Picard v. | Greenberger, et al. |
| 10-05252 | Picard v. | Estate of Ella N. Waxberg, et al. |
| 10-03223 | Picard v. | Robert Luria |
| 10-03222 | Picard v. | Amy Luria |
| 10-04283 | Picard v. | Mendelow |
| 10-05256 | Picard v. | Maynard Goldman |
| 09-01172 | Picard v. | Chais, et al. |
| 09-01197 | Picard v. | Picower, et al. |
| 10-05391 | Picard v. | The Sankin Family LLC, et al. |
| 10-05281 | Picard v. | S. James Coppersmith UNDER SEAL |
| 10-05221 | Picard v. | Copen Ventures LLC |
| 10-03483 | Picard v. | Madoff Technologies |
| 10-05211 | Picard v. | The Estate of Andre Ulrych, et al. |

|  | | Schedule A |
| --- | --- | --- |
| Case Number | Case Name | Domestic Proceedings |
| 10-05415 | Picard v. | American Securities Management, L.P., et al. |
| 10-05430 | Picard v. | Frances Levey Revocable Living Trust, et al. |
| 10-05222 | Picard v. | Malibu Trading & Investing LP, et al. |
| 10-05213 | Picard v. | The Alan Miller Diane Miller Revocable Trust, et al. |
| 10-05248 | Picard v. | The Phileona Foundation |
| 10-05245 | Picard v. | 4000 Massachusetts Avenue Partners LLC FILED UNDER SEAL |
| 10-05263 | Picard v. | Perinvest Market Neutral Fund Limited |
| 10-04938 | Picard v. | Associados Investimento LTD, et al. |
| 10-05178 | Picard v. | Downtown Investors Ltd. Partnership,  Albert H. Small,etc.,et al. |
| 10-05297 | Picard v. | The Paul J. Kozloff Family Limited Partnership, et al. |
| 10-05247 | Picard v. | Jeffrey H. Fisher Separate Property Revocable Trust, dtd 6/7/2007, et al. |
| 10-05382 | Picard v. | The Trust u/w/o H. Thomas Langbert f/b/o Evelyn Langbert, et al. |
| 10-05175 | Picard v. | Ronald Eisenberg 1995 Continuing Trust,etc., et al. |
| 10-05241 | Picard v. | Argau, Inc. FILED UNDER SEAL |
| 10-05242 | Picard v. | Stanley Elias FILED UNDER SEAL |
| 10-05185 | Picard v. | RD&D Limited Partnership, et al |
| 10-05180 | Picard v. | Dorchester House Assocs., etc., et al |
| 10-05191 | Picard v. | FGLS Equity LLC |
| 10-05243 | Picard v. | Charles and Rhoda Steiner 1999 Charitable Remainder Trust, a Trust |
| 10-05193 | Picard v. | P&S Associates, et al. |
| 10-05195 | Picard v. | S & P Associates, et al |
| 10-05376 | Picard v. | Bally KO Partnership, et al. |
| 10-05198 | Picard v. | Glantz Family Partners, Limited Partnership, etc. |
| 10-04817 | Picard v. | Judith Sachs capacity as Exec of Est of E Milton Sachs, et al. |
| 10-04999 | Picard v. | Estate of Marjorie K. Osterman |
| 10-04930 | Picard v. | The Mosaic Fund, L.P., et al. |
| 10-05189 | Picard v. | G. Bruce Lifton |
| 10-05261 | Picard v. | Marital Trust Under Article X of Charles D. Kelman Revocable Trust, et al. |
| 10-05342 | Picard v. | Maxam Absolute Return Fund, L.P. |
| 10-05217 | Picard v. | Edward I. Speer, et al |
| 10-05402 | Picard v. | Whitechapel Management Limited, et al. |
| 10-05325 | Picard v. | Mark & Stephanie Madoff Foundation |
| 10-05328 | Picard v. | Stephanie S. Mack, et al. |
| 10-05330 | Picard v. | The Deborah and Andrew Madoff Foundation |
| 10-05332 | Picard v. | Deborah Madoff, et al. |
| 10-05257 | Picard v. | Edward A. Zraick, Jr., individually and as joint tenant, et al. |
| 10-05309 | Picard v. | William Pressman, Inc., et al. |

| | Schedule A | |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 10-05288 | Picard v. | Kevin Fong, et al. |
| 10-05392 | Picard v. | PetcareRX Inc |
| 10-05386 | Picard v. | Hoboken Radiology, LLC |
| 09-01366 | Picard v. | Primeo Fund |
| 09-01359 | Picard v. | Herald |
| 10-05375 | Picard v. | Milton Goldworth |
| 10-05410 | Picard v. | The Melvin N. Lock Trust, et al. |
| 10-05316 | Picard v. | XYZ Corp.-[Redacted Under Seal] |
| 10-05317 | Picard v. | XYZ1 Corp. [Redacted - Under Seal] |
| 10-05318 | Picard v. | XYZ2 Corp. [Redacted - Under Seal] UNDER SEAL |
| 10-05319 | Picard v. | XYZ3 Corp. [Redacted - Under Seal] |
| 10-05320 | Picard v. | XYZ4 Corp. [Redacted - Under Seal] |
| 10-05321 | Picard v. | XYZ5 Corp. [Redacted - Under Seal] |
| 10-05322 | Picard v. | XYZ6 Corp. [Redacted - Under Seal] |
| 10-05412 | Picard v. | Lawrence R. Velvel |
| 10-05355 | Picard v. | ABN AMRO Bank (Ireland) Ltd, et al. |
| 10-05416 | Picard v. | Ostrin Family Partnership, et al. |
| 10-05409 | Picard v. | Kanter Press |
| 10-05425 | Picard v. | Shelia Kolodny |
| 10-05422 | Picard v. | Jonathan H. Simon |
| 10-05423 | Picard v. | Belfer Two Corporation |
| 10-05424 | Picard v. | The Frederica Ripley French Revocable Trust, et al. |
| 10-05426 | Picard v. | The Estate of Saul A. Geronemus, et al. |
| 11-01550 | Picard v. | Wedbush Morgan Securities Inc. |
| 11-02773 | Picard v. | Jewish Association for Services of the Aged |
| 09-01503 | Picard v. | Andrew Madoff, et al. |
| 09-01391 | Picard v. | Ruth Madoff |
| 10-03268 | Picard v. | Stahl/Abend/Lautenberg/Town of Fairfield |
| 10-03200 | Picard v. | Canavan, Goldsmith and Kalman |
| 10-03114 | Picard v. | Fox and Marshall |
| 10-03484 | Picard v. | Madoff Energy Holdings |
| 10-03485 | Picard v. | Madoff Family LLC |
| 11-01271 | Picard v. | Dichter-Mad Family Partners, LLP, et al |
| 11-01680 | Picard v. | Weninger, et al. |
| 11-01727 | Picard v. | Repex Ventures, S.A., et al. |
| 11-02149 | Picard v. | Banque Syz & Co., SA |
| 12-01048 | Picard v. | Banco General S.A. et al |

| | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 11-02929 | Picard v. | LGT Bank in Liechtenstein Ltd. |
| 11-02569 | Picard v. | Barclays Bank (Suisse) S.A. et al |
| 11-02542 | Picard v. | Parson Finance Panama S.A. |
| 12-01694 | Picard v. | Banque Cantonale Vaudoise |
| 12-01695 | Picard v. | Bordier & Cie |
| 11-02763 | Picard v. | Inteligo Bank LTD. |
| 11-02538 | Picard v. | Quilvest Finance Ltd. |
| 11-02731 | Picard v. | Trincaster Corporation |
| 12-01023 | Picard v. | Arden Asset Management, et al. |
| 12-01676 | Picard v. | Clariden Leu |
| 11-02539 | Picard v. | Meritz Fire & Insurance Co. Ltd. |
| 12-01195 | Picard v. | Six Sis AG |
| 11-02552 | Picard v. | DEZ Financial Management Ltd. |
| 11-02554 | Picard v. | National Bank of Kuwait S.A.K. |
| 11-02923 | Picard v. | Falcon Private Bank Ltd. |
| 12-01021 | Picard v. | Grosvenor Investment Management |
| 12-01513 | Picard v. | Citivic Nominees Ltd. |
| 11-02910 | Picard v. | Merrill Lynch Bank (Suisse) SA |
| 11-02568 | Picard v. | Cathay Life Insurance Co. LTD. et al |
| 11-02730 | Picard v. | Atlantic Security Bank |
| 12-01202 | Picard v. | Vontobel AG et. al. |
| 12-01210 | Picard v. | Schroder & Co. |
| 11-02493 | Picard v. | Abu Dhabi Investment Authority |
| 11-02571 | Picard v. | Banque Privee Espirito Santo S.A. |
| 12-01209 | Picard v. | BSI AG |
| 11-02732 | Picard v. | Bureau of Labor Insurance |
| 11-02572 | Picard v. | Korea Exchange Bank, Individually And As Trustee For Korea Global All |
| 12-01047 | Picard v. | KOCH INDUSTRIES, INC., as successor |
| 12-01216 | Picard v. | Bank Hapoalim |
| 11-02551 | Picard v. | Delta National Bank and Trust Company |
| 11-02537 | Picard v. | Orbita Capital Return Strategy |
| 11-02796 | Picard v. | BNP Paribas Arbitrage SNC |
| 12-01512 | Picard v. | ZCM Asset Holding Co |
| 11-02784 | Picard v. | Somers Dublin Limited et al |
| 12-01677 | Picard v. | Societe Generale |
| 11-02540 | Picard v. | Lion Global Investors Limited |
| 12-01194 | Picard v. | Kookmin Bank |

| | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 11-02573 | Picard v. | The Sumitomo Trust and Banking Co., Ltd. |
| 11-02758 | Picard v. | Caceis Bank Luxembourg, et al. |
| 12-01205 | Picard v. | Multi Strategy Fund Ltd |
| 12-01577 | Picard v. | Dresdner Bank |
| 11-02541 | Picard v. | First Gulf Bank |
| 11-02555 | Picard v. | Maple Key Market Neutral Cayman Islands LP |
| 12-01566 | Picard v. | UKFP (Asia) Nominees Ltd. |
| 11-02930 | Picard v. | Landis Inversiones S.L. |
| 11-02553 | Picard v. | Unifortune Asset Management SGR SpA, et al. |
| 11-02762 | Picard v. | Lighthouse Investment Partners LLC, et al. |
| 12-01698 | Picard v. | RBC Dexia |
| 12-01207 | Picard v. | Lloyds TSB Bank PLC |
| 12-01004 | Picard v. | Fullerton Capital PTE Ltd. |
| 11-02733 | Picard v. | Naidot & Co. |
| 11-02759 | Picard v. | Nomura International PLC |
| 12-01699 | Picard v. | Royal Bank of Canada |
| 11-02570 | Picard v. | Banca Carige S.P.A. |
| 11-02543 | Picard v. | Concord Management LLC |
| 11-02760 | Picard v. | ABN Amro Bank N.V., et al. |
| 11-02761 | Picard v. | KBC Investments Limited |
| 12-01046 | Picard v. | SNS Bank N.V. et al |
| 11-02922 | Picard v. | Bank Julius Baer & Co. Ltd. |
| 12-01693 | Picard v. | Lombard Odier Darier Hentsch & Cie |
| 12-01005 | Picard v. | SICO LIMITED |
| 12-01022 | Picard v. | Credit Agricole |
| 12-01019 | Picard v. | Banco Itau |
| 12-01565 | Picard v. | Standard Chartered Financial Services |
| 12-01002 | Picard v. | The Public Institution For Social Security |
| 11-02925 | Picard v. | Credit Suisse AG et al |
| 12-01001 | Picard v. | Douglas Hall, et al. (Chais Related) |
| 12-01025 | Picard v. | Solon Capital, Ltd. |
| 12-01092 | Picard v. | Warshaw, et al. |
| 12-01211 | Picard v. | Union Securities |
| 12-01217 | Picard v. | Brown Brothers Harriman |
| 12-01273 | Picard v. | Mistral (SPC) |
| 12-01278 | Picard v. | Zephyros Limited |
| 12-01563 | Picard v. | Access Management Luxembourg S.A. |

|  | | Schedule A |
|---|---|---|
| **Case Number** | **Case Name** | **Domestic Proceedings** |
| 12-01576 | Picard v. | BNP Paribas S.A. et al |
| 12-01690 | Picard v. | EFG Bank S.A., et al. |
| 12-01669 | Picard v. | Barfield Nominees Limited et al |
| 12-01670 | Picard v. | Credit Agricole Corporate and Investment Bank et al. |
| 12-01710 | Picard v. | Estate of John Seskis |
| 12-01711 | Picard v. | Estate of Richard D. Siegal |
| 12-01715 | Picard v. | Estate of David A. Wingate |
| 12-01714 | Picard v. | Estate of Marianne Lowrey |
| 12-01707 | Picard v. | Estate of Kay Frankel |
| 12-01709 | Picard v. | Estate of Armand L. Greenhall |
| 12-01705 | Picard v. | Estate of Barbara Girard |
| 12-01712 | Picard v. | Estate of Eileen M. Sax |
| 12-01704 | Picard v. | Estate of Shusaku Arakawa |
| 12-01706 | Picard v. | Estate of Nathan Schupak |
| 12-01713 | Picard v. | Estate of Raanan Smelin |
| 12-01680 | Picard v. | Intesa Sanpaolo SpA, et al. |
| 12-01697 | Picard v. | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. |
| 12-01701 | Picard v. | RD Trust, et al. (Piedrahita) |
| 12-01703 | Picard v. | First Trust Corp., et al. (Noel) |
| 12-01702 | Picard v. | Barreneche, Inc et Al(Other Fairfield Partners) |
| 12-01691 | Picard v. | Banque Degroof SA, et al. |
| 12-01700 | Picard v. | Caprice International Group Inc. et al. |
| 12-01778 | Picard v. | Eric T. Schneiderman, as successor to Andrew M. Cu |
| 12-01920 | Picard v. | Kingate Global Fund, Ltd. |
| 12-02047 | Picard v. | Fairfield Greenwich Limited et al |
| 14-01840 | Picard v. | Susanne Stone Marshall et al |
| 14-02407 | Picard v. | A & G Goldman Partnership, et. al. |
| 15-01293 | Picard v. | Marshall v. Capital Growth Company |

| | **Schedule A** | |
|---|---|---|
| **Case Number** | **Foreign Proceedings** | **Court** |
| Civil Jurisdiction No. 427 of 2010 | Picard v. (1) Thema Fund Limited, (2) Thema Wise Investments Limited, (3) HSBC Institutional Trust Services (Bermuda) Limited | Supreme Court of Bermuda |
| Civil Jurisdiction No. 426 of 2010 | Picard v. Hermes International Fund Limited, Lagoon Investments Limited, HSBC Institutional Trust Services (Bermuda) Limited | Supreme Court of Bermuda |
| Civil Jurisdiction No. 425 of 2010 | Picard v. HSBC Bank Limited (Formerly the Bank of Bermuda) | Supreme Court of Bermuda |
| 2010 Folio 1478 | Picard v. (1) Kingate Management Limited, (2) FIM Limited, (3) FIM Advisers LLP, (4) Carlo Grosso, (5) Federico Ceretti, (6) Ashby Holding Services Limited, (7) First Peninsula Trustee Limited, (8) Ashby Investment Services Limited, (9) El Prela Group Holdings Services Limited, (10) Port of Hercules Trustees Limited, (11) Alpine Trustees Limited, (12) El Prela Trading Investments Limited | High Court of Justice, Queen's Bench Division, Commercial Court |
| 2010 Folio 1479 | Picard v. (1) HSBC Bank PLC, (2) HSBC Holdings PLC, and (3) HSBC Securities Services (Luxembourg) S.A.(formerly Bank of Bermuda (Luxembourg) S.A.), (4) HSBC Institutional Trust Service (Ireland) Limited, (5) HSBC Securities Services (Ireland) Limited, (6) HSBC Institutional Trust Services (Bermuda) Limited, (7) HSBC Securities Services (Bermuda) Limited, (8) HSBC Bank USA, N.A., (9) HSBC Bank (Cayman) Limited, (10) HSBC Fund Services (Luxembourg) S.A. (formerly Management International (Luxembourg) S.A.),(11) HSBC Bank Bermuda Limited (formerly The Bank of Bermuda Limited) | High Court of Justice, Queen's Bench Division, Commercial Court |
| HC14A01696 | Picard v. (1) Greville Simon Waterman, (2) Janis Paskin,(3) Michael Harris | High Court of Justice, Chancery Division |

| | **Schedule A** | |
|---|---|---|
| **Case Number** | **Foreign Proceedings** | **Court** |
| C.C. 18909-12-15 | Picard v. The Hebrew University of Jerusalem, Registration No. 500701610, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd., C.N. 510424534, Ben-Gurion University of the Negev, Registration No. 500701644, B.G. Negev Technologies & Applications Ltd., C.N. 510785207, Weizmann Institute of Science, Registration No. 520016858, Yeda Research & Development Co. Ltd., C.N. 510201890, Bar Ilan University, Registered Association No. 580063683, Bar Ilan Research and Development Ltd., C.N. 510674104, Tel Aviv University, Registration No. 589931187, Ramot at Tel Aviv University Ltd., C.N. 510667140, Technion – Israel Institute of Technology, Registration No. 500701636, The Technion Institution of Research and Development Ltd., Registration No. 557585585, The Chaim Sheba Medical Center at Tel Hashomer, Registration No. 520037086, Medical Research Fund, Infrastructure and Services next to the Sheba Medical Center, Registration No. 580301992, Rambam Medical Center, Registration No. 520037110, Rambam Health Corporation (RA), Association No. 580300754, Clalit Heath Services, Registration No. 589906114, Schneider Children's Medical Center of Israel, Registration No. 589906114, Kaplan Medical Center No. 589906114, The New Jerusalem Foundation for its Residents, (R.A.) Association No. 580360402, MIGAL - Galilee Research Institute Ltd., C.N. 510834294, The Jewish People Policy Institute JPPI (CBP), C.N. 513235887, Jerusalem Spinoza Institute (RA), Association No. 580102838, The Lev Academic Center (RA), Association No. 580018281, University of Haifa, Registration No.50070162, Carmel -Haifa University Economic Corporation Ltd., C.N. 513257022, The Music and Dance Academy Jerusalem (RA), Association No. 580041994, Azrieli – College of Engineering Jerusalem (RA), Association No. 580283729, Tel Aviv Sourasky Medical Center, Registration No. 520037094, Tel Aviv Sourasky Health Corporation (RA), Association No. 580007102 | The District Court in Tel Aviv |
| C.C. 18907-12-15 | Picard v. Ayala Nahir, I.D. 030869788, Ravit Nahir Getenio, I.D. 057783854, Liora Nahir Tamir, I.D. 056653223, Shira Nahir Eisen, I.D. 031747926, Assaf Nahir, I.D. 023811680, Bat-Sheva Shambik, I.D. 051159911, Osnat (Landsberg) Dodelson, I.D. 009391210 | The District Court in Tel Aviv |